**KERSHAW, CUTTER & RATINOFF, LLP**
Stuart C. Talley (State Bar No. 180374)
Email: stalley@kcrlegal.com
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

[Additional Counsel Listed on Signature Page]

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, a Delaware limited liability company; FREEDOM DEBT RELIEF, INC., a California corporation; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; and BRADFORD STROH and DOES 1 through 100,<br><br>Defendants. | Case No. 09-03156 SI<br><br>**STIPULATION PERMITTING FILING OF SECOND AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>**JURY TRIAL DEMAND** |

WHEREAS, plaintiffs seek to file the Second Amended Complaint attached hereto as Exhibit A in order to replace plaintiff, William Crosley with a new class representative Angelica Arita.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:

1. Plaintiffs be permitted to file the Second Amended Complaint attached hereto as Exhibit A without seeking leave of court;

1

| | |
|---|---|
| 1 | case; |
| 2 | 3. Defendants shall file responses to the Second Amended Complaint by January 8, 2010; |
| 4 | 4. All discovery previously served by defendants on William Crosley shall be deemed to have been served on Angelica Arita; |
| 6 | 5. By no later than January 8, 2010, Angelica Arita shall serve a Rule 26 disclosure and respond to all discovery served on William Crosley as if it had been served on her. |

Dated: Dec 7, 2009.

FENWICK & WEST LLP

By: /s/ Jennifer Bretan
Jennifer Bretan
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
**Attorneys for Defendants Freedom Financial Network, LLC, Freedom Debt Relief, Inc. and Freedom Debt Relief, LLC**

Dated: _____.

**LAW OFFICES OF ALLEN RUBY**

By: _____
Allen Ruby
125 South Market Street,
Suite 1001
San Jose, California 95113
Telephone: (408) 998-8500
**Attorneys for Defendants
Andrew Housser and Bradford Stroh**

Dated: _____.

**GREENSPOON MARDER, P.A.**

By: _____
Richard W. Epstein
Trade Centre South, Suite 700
100 W. Cypress Creek Road, Suite 700
Ft. Lauderdale, FL 33309
Telephone: (954) 491-1120
**Attorneys for Defendants Global Client Solutions, LLC & Rocky Mountain Bank and Trust**

| | |
|---|---|
| 1 | case; |
| 2 | 3. Defendants shall file responses to the Second Amended Complaint by January 8, 2010; |
| 4 | 4. All discovery previously served by defendants on William Crosley shall be deemed to have been served on Angelica Arita; |
| 6 | 5. By no later than January 8, 2010, Angelica Arita shall serve a Rule 26 disclosure and respond to all discovery served on William Crosley as if it had been served on her. |

Dated: _____.  FENWICK & WEST LLP

By: _____
Jennifer Bretan
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
**Attorneys for Defendants Freedom Financial Network, LLC, Freedom Debt Relief, Inc. and Freedom Debt Relief, LLC**

Dated: 12/9/09.  LAW OFFICES OF ALLEN RUBY

By: _____
Allen Ruby
125 South Market Street,
Suite 1001
San Jose, California 95113
Telephone: (408) 998-8500
**Attorneys for Defendants Andrew Housser and Bradford Stroh**

Dated: _____.  GREENSPOON MARDER, P.A.

By: _____
Richard W. Epstein
Trade Centre South, Suite 700
100 W. Cypress Creek Road, Suite 700
Ft. Lauderdale, FL 33309
Telephone: (954) 491-1120
**Attorneys for Defendants Global Client Solutions, LLC & Rocky Mountain Bank and Trust**

1 | case;

2 | 3. Defendants shall file responses to the Second Amended Complaint by January 8,
3 | 2010;

4 | 4. All discovery previously served by defendants on William Crosley shall be deemed
5 | to have been served on Angelica Arita;

6 | 5. By no later than January 8, 2010, Angelica Arita shall serve a Rule 26 disclosure
7 | and respond to all discovery served on William Crosley as if it had been served on her.

Dated: _____.                    **FENWICK & WEST LLP**

By: _____
Jennifer Bretan
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
**Attorneys for Defendants Freedom Financial
Network, LLC, Freedom Debt Relief, Inc. and
Freedom Debt Relief, LLC**

Dated: _____.                    **LAW OFFICES OF ALLEN RUBY**

By: _____
Allen Ruby
125 South Market Street,
Suite 1001
San Jose, California 95113
Telephone: (408) 998-8500
**Attorneys for Defendants
Andrew Housser and Bradford Stroh**

Dated: 12.9.09 .                    **GREENSPOON MARDER, P.A.**

By: _____
Richard W. Epstein
Trade Centre South, Suite 700
100 W. Cypress Creek Road, Suite 700
Ft. Lauderdale, Fl. 33309
Telephone: (954) 491-1120
**Attorneys for Defendants Global Client Solutions,
LLC & Rocky Mountain Bank and Trust**

| | | |
|---|---|---|
| 1 | Dated: 12/10/09 . | KERSHAW, CUTTER & RATINOFF LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Stuart C. Talley<br>401 Watt Avenue |
| 5 | | Sacramento, California 95864<br>Telephone: (916) 448-9800 |

CLARK & MARKHAM LLP
David R. Markham
R. Craig Clark
James M. Treglio
600 "B" Street, Suite 2130
San Diego, CA 92101
Telephone: (619) 239-1321

LAW OFFICES OF BARRON E. RAMOS
Attorney at Law, A Professional Corporation
Barron E. Ramos
132 N. El Camino Real, # 303
Encinitas, CA 92024
Telephone: (858) 461-0500

CHARLES E. AMES, P.C.
Charles E. Ames (Pro Hac Vice)
2712 Timberleaf Drive
Carrollton, TX 75006-2103
Telephone: (214) 390-8111

THE CROSLEY LAW FIRM, P.C.
Thomas A. Crosley (Pro Hac Vice)
McCombs Plaza, Suite 250
755 E. Mulberry
San Antonio, TX 78212
Telephone: (210) 354-4500

**Attorneys For The Plaintiffs**

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT:

1. Plaintiff be permitted to file the Second Amended Complaint attached hereto as Exhibit A without seeking leave of court;

2. The Second Amended Complaint shall become the operative complaint in this case;

3. All answers previously filed by any defendant in this case shall be deemed to be an answer to the Second Amended Complaint;

3

STIP PERMITTING FILING OF SECOND AMENDED COMPLAINT   CASE NO. 09-03156 SI

4. All discovery previously served by defendants on William Crosley shall be deemed to have been served on Angelica Arita;

5. By no later than January 8, 2010, Angelica Arita shall serve a Rule 26 disclosure and respond to all discovery served on William Crosely as if it had been served on her.

**IT IS HEREBY ORDERED.**

Dated: _____

_____
Hon. Susan Illston
U.S. DISTRICT COURT JUDGE