```
KERSHAW, CUTTER & RATINOFF, LLP
Stuart C. Talley (State Bar No. 180374)
Email: stalley@kcrlegal.com
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

[Additional Counsel Listed on Signature Page]

Attorneys for Plaintiffs and the Class
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, a Delaware limited liability company; FREEDOM DEBT RELIEF, INC., a California corporation; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; and BRADFORD STROH and DOES 1 through 100,<br><br>Defendants. | Case No. 09-03156 SI<br><br>**STIPULATION PERMITTING FILING OF SECOND AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>**JURY TRIAL DEMAND** |

WHEREAS, plaintiffs seek to file the Second Amended Complaint attached hereto as Exhibit A in order to replace plaintiff, William Crosley with a new class representative Angelica Arita.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:

1. Plaintiffs be permitted to file the Second Amended Complaint attached hereto as Exhibit A without seeking leave of court;

1

1  case;

2  3. Defendants shall file responses to the Second Amended Complaint by January 8, 2010;

4  4. All discovery previously served by defendants on William Crosley shall be deemed to have been served on Angelica Arita;

5. By no later than January 8, 2010, Angelica Arita shall serve a Rule 26 disclosure and respond to all discovery served on William Crosley as if it had been served on her.

Dated: *Dec 7, 2009*.

FENWICK & WEST LLP

By: /s/ Jennifer Bretan
Jennifer Bretan
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
**Attorneys for Defendants Freedom Financial Network, LLC, Freedom Debt Relief, Inc. and Freedom Debt Relief, LLC**

Dated: _____.

LAW OFFICES OF ALLEN RUBY

By: _____
Allen Ruby
125 South Market Street,
Suite 1001
San Jose, California 95113
Telephone: (408) 998-8500
**Attorneys for Defendants
Andrew Housser and Bradford Stroh**

Dated: _____.

GREENSPOON MARDER, P.A.

By: _____
Richard W. Epstein
Trade Centre South, Suite 700
100 W. Cypress Creek Road, Suite 700
Ft. Lauderdale, FL 33309
Telephone: (954) 491-1120
**Attorneys for Defendants Global Client Solutions, LLC & Rocky Mountain Bank and Trust**

2
STIP PERMITTING FILING OF SECOND AMENDED COMPLAINT   CASE NO. 09-03156 SI

```
 1 | case;
 2 |     3.  Defendants shall file responses to the Second Amended Complaint by January 8,
 3 | 2010;
 4 |     4.  All discovery previously served by defendants on William Crosley shall be deemed
 5 | to have been served on Angelica Arita;
 6 |     5.  By no later than January 8, 2010, Angelica Arita shall serve a Rule 26 disclosure
 7 | and respond to all discovery served on William Crosley as if it had been served on her.
 8 | Dated: _____.                FENWICK & WEST LLP
 9 |
10 |                                         By: _____
11 |                                         Jennifer Bretan
                                             555 California Street, 12th Floor
12 |                                         San Francisco, CA 94104
                                             Telephone: (415) 875-2300
13 |                                         **Attorneys for Defendants Freedom Financial
                                             Network, LLC, Freedom Debt Relief, Inc. and
14 |                                         Freedom Debt Relief, LLC**
15 | Dated: 12/9/09 .                        LAW OFFICES OF ALLEN RUBY
16 |
17 |                                         By: _____/s/ Allen Ruby_____
18 |                                         Allen Ruby
                                             125 South Market Street,
                                             Suite 1001
19 |                                         San Jose, California 95113
                                             Telephone: (408) 998-8500
20 |                                         **Attorneys for Defendants
21 |                                         Andrew Housser and Bradford Stroh**
22 | Dated: _____.                GREENSPOON MARDER, P.A.
23 |
24 |                                         By: _____
25 |                                         Richard W. Epstein
                                             Trade Centre South, Suite 700
26 |                                         100 W. Cypress Creek Road, Suite 700
                                             Ft. Lauderdale, FL 33309
27 |                                         Telephone: (954) 491-1120
                                             **Attorneys for Defendants Global Client Solutions,
28 |                                         LLC & Rocky Mountain Bank and Trust**
```

2

STIP PERMITTING FILING OF SECOND AMENDED COMPLAINT    CASE NO. 09-03156 SI

1 case;

2     3.   Defendants shall file responses to the Second Amended Complaint by January 8,
3 2010;

4     4.   All discovery previously served by defendants on William Crosley shall be deemed
5 to have been served on Angelica Arita;

6     5.   By no later than January 8, 2010, Angelica Arita shall serve a Rule 26 disclosure
7 and respond to all discovery served on William Crosley as if it had been served on her.

8 Dated: _____.         **FENWICK & WEST LLP**

10 By: _____
11         Jennifer Bretan
        555 California Street, 12th Floor
12         San Francisco, CA 94104
        Telephone: (415) 875-2300
13         **Attorneys for Defendants Freedom Financial Network, LLC, Freedom Debt Relief, Inc. and Freedom Debt Relief, LLC**
14

15 Dated: _____.         **LAW OFFICES OF ALLEN RUBY**

17 By: _____
18         Allen Ruby
        125 South Market Street,
        Suite 1001
19         San Jose, California 95113
20         Telephone: (408) 998-8500
        **Attorneys for Defendants**
21         **Andrew Housser and Bradford Stroh**

22 Dated: 12.9.09         **GREENSPOON MARDER, P.A.**

24 By: _____
25         Richard W. Epstein
        Trade Centre South, Suite 700
26         100 W. Cypress Creek Road, Suite 700
        Ft. Lauderdale, Fl. 33309
27         Telephone: (954) 491-1120
        **Attorneys for Defendants Global Client Solutions,**
28         **LLC & Rocky Mountain Bank and Trust**

STIP PERMITTING FILING OF SECOND AMENDED COMPLAINT     CASE NO. 09-03156 SI

| | | |
|---|---|---|
| 1 | Dated: 12/10/09 | KERSHAW, CUTTER & RATINOFF LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Stuart C. Talley<br>401 Watt Avenue |
| 5 | | Sacramento, California 95864<br>Telephone: (916) 448-9800 |
| 6 | | CLARK & MARKHAM LLP |
| 7 | | David R. Markham<br>R. Craig Clark |
| 8 | | James M. Treglio<br>600 "B" Street, Suite 2130 |
| 9 | | San Diego, CA 92101<br>Telephone: (619) 239-1321 |
| 10 | | LAW OFFICES OF BARRON E. RAMOS |
| 11 | | Attorney at Law, A Professional Corporation<br>Barron E. Ramos |
| 12 | | 132 N. El Camino Real, # 303<br>Encinitas, CA 92024 |
| 13 | | Telephone: (858) 461-0500 |
| 14 | | CHARLES E. AMES, P.C.<br>Charles E. Ames (Pro Hac Vice) |
| 15 | | 2712 Timberleaf Drive<br>Carrollton, TX 75006-2103 |
| 16 | | Telephone: (214) 390-8111 |
| 17 | | THE CROSLEY LAW FIRM, P.C.<br>Thomas A. Crosley (Pro Hac Vice) |
| 18 | | McCombs Plaza, Suite 250<br>755 E. Mulberry |
| 19 | | San Antonio, TX 78212<br>Telephone: (210) 354-4500 |
| 20 | | **Attorneys For The Plaintiffs** |

### [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT:

1. Plaintiff be permitted to file the Second Amended Complaint attached hereto as Exhibit A without seeking leave of court;

2. The Second Amended Complaint shall become the operative complaint in this case;

3. All answers previously filed by any defendant in this case shall be deemed to be an answer to the Second Amended Complaint;

3

STIP PERMITTING FILING OF SECOND AMENDED COMPLAINT    CASE NO. 09-03156 SI

4. All discovery previously served by defendants on William Crosley shall be deemed to have been served on Angelica Arita;

5. By no later than January 8, 2010, Angelica Arita shall serve a Rule 26 disclosure and respond to all discovery served on William Crosely as if it had been served on her.

**IT IS HEREBY ORDERED.**

Dated: _____

_____
Hon. Susan Illston
U.S. DISTRICT COURT JUDGE

4

STIP PERMITTING FILING OF SECOND AMENDED COMPLAINT   CASE NO. 09-03156 SI