| | |
|---|---|
| 1 | **KERSHAW, CUTTER & RATINOFF, LLP** |
| | Stuart C. Talley (State Bar No. 180374) |
| 2 | Email: stalley@kcrlegal.com |
| | 401 Watt Avenue |
| 3 | Sacramento, California 95864 |
| 4 | Telephone: (916) 448-9800 |
| | Facsimile: (916) 669-4499 |

RECEIVED 2010 JAN 29 A 11: 50 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, a Delaware limited liability company; FREEDOM DEBT RELIEF, INC., a California corporation; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; and BRADFORD STROH and DOES 1 through 100,<br><br>Defendants. | Case No.: 09-03156 SI<br><br>**[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL PURSUANT TO STANDING ORDER**<br><br>Date: April 9, 2010<br>Time: 9:00 a.m.<br>Courtroom No. 10<br>Assigned to Honorable Susan Illston<br><br>**DENIED**<br>Judge Susan Illston |

Counsel must explain why every page submitted under seal is confidential.

-1-

[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL PURSUANT TO STANDING ORDER   CASE NO.09-03156 SI

# ORDER

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that, pursuant to the stipulation between all parties, the following documents shall be filed under seal. These documents shall remain sealed absent a new court order:

1. **MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; and**

2. **DECLARATION OF STUART C. TALLEY IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND EXHIBITS.**

IT IS SO ORDERED.

Dated: _____ .

_____
Hon. Susan Illston
UNITED STATES DISTRICT COURT JUDGE