**KERSHAW, CUTTER & RATINOFF, LLP**
Stuart C. Talley (State Bar No. 180374)
Email: stalley@kcrlegal.com
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, a Delaware limited liability company; FREEDOM DEBT RELIEF, INC., a California corporation; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; and BRADFORD STROH and DOES 1 through 100,<br><br>Defendants. | Case No.: 09-03156 SI<br><br>**[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL PURSUANT TO STANDING ORDER**<br><br>Date: April 9, 2010<br>Time: 9:00 a.m.<br>Courtroom No. 10<br>Assigned to Honorable Susan Illston<br><br>**DENIED**<br>Judge Susan Illston |

Counsel must explain why every page submitted under seal is confidential.

-1-

**ORDER**

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that, pursuant to the stipulation between all parties, the following documents shall be filed under seal. These documents shall remain sealed absent a new court order:

1. **MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; and**

2. **DECLARATION OF STUART C. TALLEY IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND EXHIBITS.**

IT IS SO ORDERED.

Dated: _____.

_____
Hon. Susan Illston
UNITED STATES DISTRICT COURT JUDGE