**KERSHAW, CUTTER & RATINOFF, LLP**
Stuart C. Talley (State Bar No. 180374)
Email: stalley@kcrlegal.com
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Attorneys for Plaintiffs and the Class

FILED

FEB 1 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, a Delaware limited liability company; FREEDOM DEBT RELIEF, INC., a California corporation; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; and BRADFORD STROH and DOES 1 through 100,<br><br>Defendants. | Case No.: 09-03156 SI<br><br>**[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL PURSUANT TO STANDING ORDER**<br><br>Date: April 9, 2010<br>Time: 9:00 a.m.<br><br>Courtroom No. 10<br>Assigned to Honorable Susan Illston |

-1-

[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL PURSUANT TO STANDING ORDER  CASE NO.09-03156 SI

# ORDER

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that, pursuant to the stipulation between all parties, the following documents shall be filed under seal. These documents shall remain sealed absent a new court order:

1. **PORTIONS OF PAGES 5 AND 18 OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION;**

2. **EXHIBIT 22 TO DECLARATION OF STUART C. TALLEY IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION;**

3. **EXHIBIT 23 TO DECLARATION OF STUART C. TALLEY IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION;**

4. **EXHIBIT 24 TO DECLARATION OF STUART C. TALLEY IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION;**

5. **EXHIBIT 29 TO DECLARATION OF STUART C. TALLEY IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION;**

6. **EXHIBIT 30 TO DECLARATION OF STUART C. TALLEY IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; and**

7. **EXHIBIT 43 (pp. 119:25-120:20) TO DECLARATION OF STUART C. TALLEY IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION.**

IT IS SO ORDERED.

Dated: 2/18/10

Hon. Susan Illston
UNITED STATES DISTRICT COURT JUDGE