1 **KERSHAW, CUTTER & RATINOFF, LLP**
Stuart C. Talley (State Bar No. 180374)
2 Email: stalley@kcrlegal.com
401 Watt Avenue
3 Sacramento, California 95864
4 Telephone: (916) 448-9800
Facsimile: (916) 669-4499

F I L E D

FEB 1 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, a Delaware limited liability company; FREEDOM DEBT RELIEF, INC., a California corporation; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; and BRADFORD STROH and DOES 1 through 100,<br><br>Defendants. | Case No.: 09-03156 SI<br><br>[~~PROPOSED~~] **ORDER TO FILE DOCUMENTS UNDER SEAL PURSUANT TO STANDING ORDER**<br><br>Date: April 9, 2010<br>Time: 9:00 a.m.<br><br>Courtroom No. 10<br>Assigned to Honorable Susan Illston |

-1-

**ORDER**

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that, pursuant to the stipulation between all parties, the following documents shall be filed under seal. These documents shall remain sealed absent a new court order:

1. **PORTIONS OF PAGES 5 AND 18 OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION;**

2. **EXHIBIT 22 TO DECLARATION OF STUART C. TALLEY IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION;**

3. **EXHIBIT 23 TO DECLARATION OF STUART C. TALLEY IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION;**

4. **EXHIBIT 24 TO DECLARATION OF STUART C. TALLEY IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION;**

5. **EXHIBIT 29 TO DECLARATION OF STUART C. TALLEY IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION;**

6. **EXHIBIT 30 TO DECLARATION OF STUART C. TALLEY IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; and**

7. **EXHIBIT 43 (pp. 119:25-120:20) TO DECLARATION OF STUART C. TALLEY IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION.**

IT IS SO ORDERED.

Dated: 2/18/10

Hon. Susan Illston
UNITED STATES DISTRICT COURT JUDGE