1 | KEVIN P. MUCK (CSB NO. 120918)
kmuck@fenwick.com
2 | CHRISTOPHER J. STESKAL (CSB NO. 212297)
csteskal@fenwick.com
3 | JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
4 | MARIE C. BAFUS (CSB NO. 258417)
mbafus@fenwick.com
5 | FENWICK & WEST LLP
555 California Street, 12th Floor
6 | San Francisco, CA 94104
Telephone:    (415) 875-2300
7 | Facsimile:    (415) 281-1350

8 | Attorneys for Defendants
Freedom Financial Network, LLC, Freedom Debt
9 | Relief, Inc. and Freedom Debt Relief, LLC

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and all others similarly situated, and on behalf of the general public, | Case No. CV-09-03156 SI |
| | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, | |
| v. | |
| FREEDOM FINANCIAL NETWORK, LLC, et al., | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT
CONFERENCE

CASE NO. CV-09-03156 SI

1      **WHEREAS,** a Case Management Conference is currently scheduled for May 7, 2010 in

2 the above-captioned matter;

3      **WHEREAS,** Plaintiffs' motion for class certification was argued on April 9, 2010 and is

4 currently pending before the Court;

5      **WHEREAS,** the parties agree that the nature and scope of the matters to be discussed at

6 the upcoming Case Management Conference will be informed by the pending decision regarding

7 class certification; and

8      **WHEREAS,** the parties respectfully submit that it is therefore in the interest of judicial

9 economy and efficiency to continue the existing May 7, 2010 Case Management Conference to

10 allow additional time for the Court to rule of Plaintiffs' motion for class certification and,

11 thereafter, to allow the parties sufficient time to meet and confer regarding the submission of a

12 Joint Case Management Statement following the decision on class certification;

13      **IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 7-12, by and between

14 the undersigned counsel for the Parties that:

15      1.     Pursuant to Civil L.R. 16-2, the Case Management Conference scheduled for May

16 7, 2010 be vacated and rescheduled for June 4, 2010, or such other time as the Court shall

17 determine to be appropriate; and

18      2.     The associated Joint Case Management Statement deadline likewise be deferred to

19 May 28, 2010.

20 Dated: April 26, 2010

               CLARK & MARKHAM LLP

21                LAW OFFICES OF BARRON E. RAMOS

               KERSHAW, CUTTER, & RATINOFF LLP

22                CHARLES E. AMES, P.C.

               THE CROSLEY LAW FIRM, P.C.

23                WEXLER WALLACE LLP

24

25                By:

                      Attorney

26

27                Attorneys for Plaintiffs HAIDEE ESTRELLA and

               ANGELICA ARITA

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   Dated: April **27**, 2010                    FENWICK & WEST LLP

2

3                                                By: _____
                                                      Kevin P. Muck

4

5                                                Attorneys for Defendants
                                                 FREEDOM FINANCIAL NETWORK, LLC,
                                                 FREEDOM DEBT RELIEF, INC. and FREEDOM
6                                                DEBT RELIEF, LLC

7   Dated: April 27, 2010                        LAW OFFICES OF ALLEN RUBY

8

9                                                By: _____
                                                      Allen Ruby

10

11                                               Attorneys for Defendants
                                                 BRADFORD STROH and ANDREW HOUSSER

12  Dated: April ___, 2010                       GREENSPOON MARDER, P.A.

13

14                                               By: _____
                                                      Richard W. Epstein

15                                               Attorneys for Defendants GLOBAL CLIENT
                                                 SOLUTIONS, LLC & ROCKY MOUNTAIN
16                                               BANK & TRUST

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT                       3                    CASE NO. CV-09-03156 SI
CONFERENCE

1    Dated: April __, 2010              FENWICK & WEST LLP

2

3                                       By: _____
                                            Kevin P. Muck
4

5                                       Attorneys for Defendants
                                        FREEDOM FINANCIAL NETWORK, LLC,
6                                       FREEDOM DEBT RELIEF, INC. and FREEDOM
                                        DEBT RELIEF, LLC

7    Dated: April __, 2010              LAW OFFICES OF ALLEN RUBY

8

9                                       By: _____
                                            Allen Ruby

10

11                                      Attorneys for Defendants
                                        BRADFORD STROH and ANDREW HOUSSER

12   Dated: April 27, 2010              GREENSPOON MARDER, P.A.

13                                      {w By: _____  Fla. Bar N

14                                           Richard W. Epstein            062198

15                                      Attorneys for Defendants GLOBAL CLIENT
                                        SOLUTIONS, LLC & ROCKY MOUNTAIN
16                                      BANK & TRUST

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT              3              CASE NO.  CV-09-03156 SI
CONFERENCE

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT:

    1.      Pursuant to Civil L.R. 16-2, the Case Management Conference scheduled for May 7, 2010 is vacated and rescheduled for June 4, 2010;

    2.      The associated Joint Case Management Statement deadline shall be May 28, 2010.

OK

Dated: _____9/27/10_____

_____
Hon. Susan Illston
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT                4                CASE NO.  CV-09-03156 SI
CONFERENCE

# PROOF OF SERVICE

The undersigned certifies and declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, California 94104. On the date set forth below, I served a copy of the following document(s):

- **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

on the interested parties in the subject actions by placing a true copy thereof as indicated below, addressed as follows:

☒ **BY ECF:** electronic service pursuant to General Order No. 45 and Local Rule 5-4. I hereby certify that the above documents were uploaded to the ECF Website and the ECF Webmaster will give email notification to all registered parties.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Dated: April 27, 2010                     By:     /s/ Jennifer C. Bretan
                                                        Jennifer C. Bretan

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO