

**FENWICK & WEST LLP**

555 CALIFORNIA STREET, 12TH FLOOR

TEL 415.875.2300   FAX 415.281.1350

April 30, 2010

**VIA ECF**

The Honorable Susan Illston
United States District Court
450 Golden Gate Avenue
Courtroom 10, 19th Floor
San Francisco, CA 94102

Re:  *Estrella, et al. v. Freedom Financial Network, LLC, et al.*, Case No. CV 09-3156 SI
   **Case Management Conference Scheduling**

Your Honor:

    We represent defendants Freedom Debt Relief, LLC, Freedom Debt Relief, Inc. and Freedom Financial Network, LLC (collectively, the "Freedom Defendants") in the above-referenced action. On April 29, 2010, the Court entered an Order vacating the May 7, 2010 Case Management Conference ("CMC") in this action and rescheduling it to June 25, 2010. Unfortunately, that date presents a conflict for lead counsel for the Freedom Defendants, who is scheduled to be out of the country at that time. In consultation with Ms. Forakis, we understand that the Court would entertain specially setting the CMC for June 3, 2010 at 1:30 p.m. as an alternative date. Accordingly, this is to confirm that the parties are available for a June 3, 2010 CMC at 1:30 p.m. for purposes of accommodating the schedule of counsel.

Respectfully,

FENWICK & WEST LLP

By  /s/ Jennifer C. Bretan
    Jennifer C. Bretan

Attorneys for Defendants Freedom Debt Relief,
LLC, Freedom Debt Relief, Inc. and Freedom
Financial Network, LLC

cc:  Stuart A. Talley, Esq., Kershaw, Cutter & Ratinoff LLP (counsel for plaintiffs)
    David R. Markham, Esq., Clark & Markham LLP (counsel for plaintiffs)
    Barron E. Ramos, Esq., Law Offices of Barron E. Ramos (counsel for plaintiffs)
    Thomas A. Crosley, Esq., The Crosley Law Firm, P.C. (counsel for plaintiffs)
    Charles E. Ames, Esq., Charles E. Ames, P.C. (counsel for plaintiffs)
    Mark J. Tamblyn, Esq. (counsel for plaintiffs)
    Allen Ruby, Esq. (counsel for defendants Housser and Stroh)
    Richard W. Epstein, Esq. (counsel for defendants GCS and RMBT)

## PROOF OF SERVICE

The undersigned certifies and declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, California 94104. On the date set forth below, I served a copy of the following document(s):

- **Letter to Hon. Susan Illston re Case Management Conference Scheduling**

on the interested parties in the subject actions by placing a true copy thereof as indicated below, addressed as follows:

☒ **BY ECF:** electronic service pursuant to General Order No. 45 and Local Rule 5-4. I hereby certify that the above documents were uploaded to the ECF Website and the ECF Webmaster will give email notification to all registered parties.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Dated: April 30, 2010          By:    /s/ *Jennifer C. Bretan*
                                         Jennifer C. Bretan

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE                            1                           CASE NO. CV-09-03156 SI