KEVIN P. MUCK (CSB NO. 120918)
kmuck@fenwick.com
CHRISTOPHER J. STESKAL (CSB NO. 212297)
csteskal@fenwick.com
JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
MARIE C. BAFUS (CSB NO. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    (415) 875-2300
Facsimile:     (415) 281-1350

Attorneys for Defendants
Freedom Financial Network, LLC, Freedom Debt
Relief, Inc. and Freedom Debt Relief, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, et al.,<br><br>Defendants. | Case No.  CV-09-03156 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

**WHEREAS**, on June 2, 2010, in conjunction with the Court's Order on class certification, the Court continued the Case Management Conference scheduled for June 3, 2010 in the above-captioned matter to June 25, 2010;

**WHEREAS,** consistent with the April 30, 2010 letter previously filed with the Court, the June 25, 2010 date continues to present a conflict for counsel for defendants Freedom Debt Relief, LLC, Freedom Debt Relief, Inc., and Freedom Financial Network (collectively, the "Freedom Defendants");

**WHEREAS,** the parties have conferred and determined that the first date on which all counsel are available, in light of the aforementioned conflict and pending trial schedules, appears to be the afternoon of August 6, 2010;

**WHEREAS,** the parties respectfully submit that it is therefore in the interest of judicial economy and efficiency to continue the June 25, 2010 Case Management Conference to August 6, 2010, a date which will allow the parties sufficient time to meet and confer regarding the submission of a Joint Case Management Statement following the Court's decision on class certification and to agree on a form of notice to absent class members;

**IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the Parties that:

1. Pursuant to Civil L.R. 16-2, the Case Management Conference scheduled for June 25, 2010 be vacated and rescheduled to August 6, 2010 at 3:00 p.m., or such other time as the Court shall determine to be appropriate; and

2. The associated Joint Case Management Statement deadline likewise be deferred to July 30, 2010; and

3. The parties shall meet and confer concerning the manner, form and content of notice to be provided to absent class members and submit a proposal concerning same to the Court in writing by July 30, 2010.

/ / /

/ / /

/ / /

---

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE | 2 | CASE NO. CV-09-03156 SI

| | | |
|---|---|---|
| Dated: June 7, 2010 | | CLARK & MARKHAM LLP |
| | | LAW OFFICES OF BARRON E. RAMOS |
| | | KERSHAW, CUTTER, & RATINOFF LLP |
| | | CHARLES E. AMES, P.C. |
| | | THE CROSLEY LAW FIRM, P.C. |
| | | WEXLER WALLACE LLP |

By:  /s/ Stuart C. Talley
         Stuart C. Talley

Attorneys for Plaintiffs HAIDEE ESTRELLA and ANGELICA ARITA

Dated: June 7, 2010                    FENWICK & WEST LLP

By:  /s/ Kevin P. Muck
         Kevin P. Muck

Attorneys for Defendants
FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, INC. and FREEDOM DEBT RELIEF, LLC

Dated: June 7, 2010                    LAW OFFICES OF ALLEN RUBY

By:  /s/ Allen Ruby
         Allen Ruby

Attorneys for Defendants
BRADFORD STROH and ANDREW HOUSSER

Dated: June 7, 2010                    GREENSPOON MARDER, P.A.

By:  /s/ Richard W. Epstein
         Richard W. Epstein

Attorneys for Defendants GLOBAL CLIENT SOLUTIONS, LLC & ROCKY MOUNTAIN BANK & TRUST

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

Dated: June 7, 2010                    FENWICK & WEST LLP

By: /s/ Jennifer C. Bretan
         Jennifer C. Bretan

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE     3     CASE NO. CV-09-03156 SI


**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT:

1. Pursuant to Civil L.R. 16-2, the Case Management Conference scheduled for June 25, 2010 be vacated and rescheduled to August 6, 2010 at 3:00 p.m., or such other time as the Court shall determine to be appropriate; and

2. The associated Joint Case Management Statement deadline likewise be deferred to July 30, 2010; and

3. The parties shall meet and confer concerning the manner, form and content of notice to be provided to absent class members and submit a proposal concerning same to the Court by July 30, 2010.

Dated: _____   _____
Hon. Susan Illston
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO