FILED

UNITED STATES COURT OF APPEALS

SEP 16 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HAIDEE ESTRELLA, An individual on behalf of herself, all others similarly situated, and on behalf of the general public; et al., <br><br> Plaintiffs - Respondents, <br><br> v. <br><br> FREEDOM FINANCIAL NETWORK LLC, a Delaware limited liability corporation; et al., <br><br> Defendants - Petitioners. | No. 10-80121 <br><br> D.C. No. 3:09-cv-03156-SI <br> Northern District of California, San Francisco <br><br><br> ORDER |

Before: CLIFTON and IKUTA, Circuit Judges.

We deny the petition for permission to appeal the district court's June 2, 2010 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

KN/MOATT