IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIDEE ESTRELLA, | No. C 09-03156 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| FREEDOM FINANCIAL, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 25, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

Case continued to **2/25/11 @ 9:00 a.m.** for Cross Motions for Summary Adjudication (file 1/21/11, opposition 2/4/11, reply 2/11/11)

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 30, 2011.

DESIGNATION OF EXPERTS: pltf. 5/6/11, deft. 5/27/11; REBUTTAL: 6/13/11.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 30, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by July 22, 2011;

Opp. Due August 5, 2011; Reply Due August 12, 2011;

and set for hearing no later than August 26, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 27, 2011 at 3:30 PM.

JURY TRIAL DATE: October 11, 2011 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to Magistrate Judge Spero for settlement purposes. The settlement conference shall occur between February 7 through the 18th, 2011.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge