**KERSHAW, CUTTER & RATINOFF, LLP**
Stuart C. Talley (State Bar No. 180374)
Email: stalley@kcrlegal.com
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499

Attorneys for Plaintiffs and the Class

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, a Delaware limited liability company; FREEDOM DEBT RELIEF, INC., a California corporation; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; and BRADFORD STROH and DOES 1 through 100,<br><br>Defendants. | Case No. 09-03156 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND CLASS DEFINITION** |

WHEREAS, on June 2, 2010, the Court granted plaintiffs' Motion for Class Certification certifying a class defined as:

> "All consumers nationwide who paid FDR for debt reduction services during the four years preceding filing of the complaint, who opened an SPA with RMBT and GCS, and who did not receive a full refund of fees from FDR.  The class will exclude all defendants and all agents, attorneys, and employees of defendants; all members of the California judiciary sitting in judgment on this case; and plaintiffs' attorneys and their employees; and, all other persons within three degrees of consanguinity of the named defendants, attorneys, employees and judges."

WHEREAS, on March 26, 2010 in a related proceeding pending in the Eastern District of Washington entitled *Carlsen v. Freedom Debt Relief, LLC et al.* Case No. 2:09-cv-0055-LRS, a court certified a class consisting of residents of the State of Washington who executed a Debt Reduction Agreement with Freedom Debt Relief, LLC and/or Freedom Financial Network, LLC; and

WHEREAS, as a result of the *Carlsen* class certification decision, plaintiffs' motion for Class Certification in this action expressly excluded residents of the State of Washington from the proposed class;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT the definition of the class certified by the court be amended as follows:

> "All consumers nationwide who paid FDR for debt reduction services during the four years preceding filing of the complaint, who opened an SPA with RMBT and GCS, and who did not receive a full refund of fees from FDR. Residents of the State of Washington are excluded from the class. The class will also exclude all defendants and all agents, attorneys, and employees of defendants; all members of the California judiciary sitting in judgment on this case; and plaintiffs' attorneys and their employees; and, all other persons within three degrees of consanguinity of the named defendants, attorneys, employees and judges."

Dated: October 25, 2010.                **FENWICK & WEST LLP**

By: _____*/s/ Jennifer Bretan*_____
Jennifer Bretan
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: (415) 875-2300
**Attorneys for Defendants Freedom Financial Network, LLC, Freedom Debt Relief, Inc. and Freedom Debt Relief, LLC**

Dated: October 25, 2010.                **LAW OFFICES OF ALLEN RUBY**

By: _____*/s/ Allen Ruby*_____
Allen Ruby
125 South Market Street, Suite 1001
San Jose, California 95113
Telephone: (408) 998-8500
**Attorneys for Defendants Andrew Housser and Bradford Stroh**

| | | |
|---|---|---|
| 1 | Dated: October 25, 2010. | **GREENSPOON MARDER, P.A.** |
| 2 | | By: _____/s/ Richard W. Epstein_____ |
| | | Richard W. Epstein |
| 3 | | Trade Centre South, Suite 700 |
| | | 100 W. Cypress Creek Road, Suite 700 |
| 4 | | Ft. Lauderdale, FL 33309 |
| | | Telephone: (954) 491-1120 |
| 5 | | **Attorneys for Defendants Global Client Solutions, LLC & Rocky Mountain Bank and Trust** |

Dated: October 25, 2010.        **KERSHAW, CUTTER & RATINOFF LLP**

By: _____/s/ Stuart C. Talley_____
Stuart C. Talley
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800

CLARK & MARKHAM LLP
David R. Markham
R. Craig Clark
James M. Treglio
600 "B" Street, Suite 2130
San Diego, CA 92101
Telephone: (619) 239-1321

LAW OFFICES OF BARRON E. RAMOS
Attorney at Law, A Professional Corporation
Barron E. Ramos
132 N. El Camino Real, # 303
Encinitas, CA 92024
Telephone: (858) 461-0500

CHARLES E. AMES, P.C.
Charles E. Ames (Pro Hac Vice)
2712 Timberleaf Drive
Carrollton, TX 75006-2103
Telephone: (214) 390-8111

THE CROSLEY LAW FIRM, P.C.
Thomas A. Crosley (Pro Hac Vice)
McCombs Plaza, Suite 250
755 E. Mulberry
San Antonio, TX 78212
Telephone: (210) 354-4500

**Attorneys For The Plaintiffs**

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

Dated:   October 25, 2010                _____/s/ Stuart :C. Talley_____
StuartC. Talley

3

**[PROPOSED] ORDER**

    **IT IS HEREBY ORDERED.**

Dated: _____   _____
Hon. Susan Illston
U.S. DISTRICT COURT JUDGE