ROBERT S. BOULTER (SBN 153549)
rsb@lb-attorneys.com
PETER C. LAGARIAS (SBN 77091)
rsb@lb-attorneys.com
LAGARIAS & BOULTER, LLP
1629 Fifth Avenue
San Rafael, California  94901-1828
Telephone: 415.460.0100
Facsimile: 415.460.1099

RICHARD W. EPSTEIN (Fla. Bar No. 229091)
Richard.Epstein@gmlaw.com
HAAS A. HATIC (Fla. Bar No. 843989)
Haas.Hatic@gmlaw.com
REBECCA F. BRATTER (Fla. Bar No. 0685100)
Rebecca.Bratter@gmlaw.com
GREENSPOON MARDER, P.A.
Trade Centre South, Suite 700
100 W. Cypress Creek Road
Ft. Lauderdale, FL 33309
954.491.1120
954.343.6958 (facsimile)

Attorneys for Defendants
Global Client Solutions, LLC and
Rocky Mountain Bank and Trust

*IT IS SO ORDERED*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC a Delaware limited liability company; FREEDOM DEBT RELIEF, INC., a California corporation; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; AND BRADFORD STROH and DOES 1 through 100,<br><br>Defendants. | Case No.  CV-09-03156 SI<br><br>**JOINT MOTION TO; (1) SUSPEND THE DISPOSITIVE MOTION DEADLINE; (2) SUSPEND THE SCHEDULE; AND (3) EXCUSE DEFENDANTS GLOBAL CLIENT SOLUTIONS, LLC AND ROCKY MOUNTAIN BANK AND TRUST FROM THE FEBRUARY 25, 2011 CASE MANAGEMENT CONFERENCE**<br><br>Judge:  The Honorable Susan Illston |

Plaintiffs Haidee Estrella and Angelica Arita (collectively, "Plaintiffs") and Defendants Global Client Solutions, LLC ("Global") and Rocky Mountain Bank and Trust ("RMBT") (collectively, "Defendants," and collectively with Plaintiffs, the "Parties") have met and conferred through their respective counsel and hereby submit this joint Motion to; (1) Suspend the Dispositive Motion Deadline as to Global and RMBT; (2) Suspend the Schedule of this case as to Defendants Global and RMBT; and (3) Excuse Global and RMBT from the currently schedule case management conference set for February 25, 2011, inasmuch as these parties have reached a settlement of the claims asserted by Plaintiffs in this matter.

1. On January 13, 2011 the Parties held a settlement conference before Magistrate Judge Spero during which Plaintiffs and Global and RMBT reached a settlement as to all matters raised herein;

2. The Parties are currently documenting the settlement and, therefore, request that pending the ultimate approval by this Court of the settlement agreement and the terms contained therein, and in the interest of saving the time and money of this Court and that of the Parties, that this Court, as to Global and RMBT;

    a. Suspend the Dispositive Motion deadline currently set for January 21, 2011;

    b. Excuse Global and RMBT from the case management conference scheduled for February 25, 2011; and

    c. Suspend all further deadlines.

3. This application does not affect the current motion and briefing schedule in effect between plaintiffs and defendants other then Global and RMBT.

1  Dated: January 25, 2011.

5  Dated: January 25, 2011.    GREENSPOON MARDER P.A.

   By: /s/ Richard W. Epstein
          Richard W. Epstein

   Attorneys for GLOBAL CLIENT SOLUTIONS, LLC and ROCKY MOUNTAIN BANK & TRUST

9  Dated: January 25, 2011.    KERSHAW, CUTTER, & RATINOFF LLP

   By: /s/ Stuart C. Talley
          Stuart C. Talley

   LAW OFFICE OF BARRON E. RAMOS
   Barron E. Ramos

   CHARLES E. AMES, P.C.
   Charles E. Ames

   THE CROSLEY LAW FIRM, P.C.
   Thomas A. Crosley

   WEXLER WALLACE LLP
   Mark J. Tamblyn

   Attorneys for Plaintiffs

   Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

   Dated:  January 25, 2011

          /s/ *Rebecca Bratter*
          Rebecca Bratter

25455/00403/LIT/1328232.2