KEVIN P. MUCK (CSB NO. 120918)
kmuck@fenwick.com
CHRISTOPHER J. STESKAL (CSB NO. 212297)
csteskal@fenwick.com
JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
MARIE C. BAFUS (CSB NO. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Defendants
Freedom Financial Network, LLC, Freedom Debt
Relief, Inc. and Freedom Debt Relief, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC a Delaware limited liability company; FREEDOM DEBT RELIEF, INC., a California corporation; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; AND BRADFORD STROH and DOES 1 through 100,<br><br>Defendants. | Case No.  CV-09-03156 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT
CONFERENCE

CASE NO.  CV-09-03156 SI

**WHEREAS**, on January 21, 2011, Plaintiffs Haidee Estrella and Angelica Arita ("Plaintiffs") and Defendants Freedom Debt Relief, LLC, Freedom Debt Relief, Inc., Freedom Financial Network, LLC, Andrew Housser and Brad Stroh (collectively, the "Freedom Defendants") each moved for partial summary judgment and/or summary adjudication with respect to a central claim in this matter ("the Motions");

**WHEREAS,** the hearing on the Motions is scheduled for February 25, 2011 at 9:00 a.m;

**WHEREAS,** the Plaintiffs and the Freedom Defendants have also agreed to a further settlement conference with the Magistrate Judge Joseph C. Spero set for April 27, 2011;

**WHEREAS**, Plaintiffs and Defendants Rocky Mountain Bank & Trust and Global Client Solutions have entered into a tentative settlement agreement with the Class and are still in the process of putting together the proposed agreement for submission to the Court;

**WHEREAS,** the parties respectfully submit that it is therefore in the interest of judicial economy and efficiency to continue the February 25, 2011 Case Management Conference to May 6, 2011, a date which will provide time for the Court to render its decision on the Motions and for Plaintiffs and the Freedom Defendants to have participated in the further settlement conference;

**IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the Parties that:

1. Pursuant to Civil L.R. 16-2, the Case Management Conference scheduled for February 25, 2011 be vacated and rescheduled to May 6, 2011 at 3:00 p.m., or such other time as the Court shall determine to be appropriate; and

2. The associated Joint Case Management Statement deadline shall likewise be deferred for submission consistent with Civil L.R. 16-10(d).

///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE — 1 — CASE NO. CV-09-03156 SI

| | |
|---|---|
| Dated: February 16, 2011 | KERSHAW, CUTTER, & RATINOFF LLP<br>CLARK & MARKHAM LLP<br>LAW OFFICES OF BARRON E. RAMOS<br>CHARLES E. AMES, P.C.<br>THE CROSLEY LAW FIRM, P.C.<br>WEXLER WALLACE LLP<br><br>By:  /s/ Stuart C. Talley_____<br>       Stuart C. Talley<br><br>Attorneys for Plaintiffs HAIDEE ESTRELLA and ANGELICA ARITA |
| Dated: February 16, 2011 | FENWICK & WEST LLP<br><br>By:  /s/ Kevin P. Muck_____<br>       Kevin P. Muck<br><br>Attorneys for Defendants<br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, INC. and FREEDOM DEBT RELIEF, LLC |
| Dated: February 16, 2011 | LAW OFFICES OF ALLEN RUBY<br><br>By:  /s/ Allen Ruby_____<br>       Allen Ruby<br><br>Attorneys for Defendants<br>BRADFORD STROH and ANDREW HOUSSER |
| Dated: February 16, 2011 | GREENSPOON MARDER, P.A.<br><br>By:  /s/ Richard W. Epstein_____<br>       Richard W. Epstein<br><br>Attorneys for Defendants GLOBAL CLIENT SOLUTIONS, LLC & ROCKY MOUNTAIN BANK & TRUST |

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

Dated: February 17, 2011               FENWICK & WEST LLP

                                                        By: /s/ Jennifer C. Bretan
                                                              Jennifer C. Bretan

---

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE      2           CASE NO. CV-09-03156 SI

| | | |
|---|---|---|
| 1 | Dated: February 16, 2011 | KERSHAW, CUTTER, & RATINOFF LLP |
| 2 | | CLARK & MARKHAM LLP |
| | | LAW OFFICES OF BARRON E. RAMOS |
| 3 | | CHARLES E. AMES, P.C. |
| | | THE CROSLEY LAW FIRM, P.C. |
| 4 | | WEXLER WALLACE LLP |

By: _____
Stuart C. Talley

Attorneys for Plaintiffs HAIDEE ESTRELLA and ANGELICA ARITA

Dated: February 16, 2011        FENWICK & WEST LLP

By: /s/ Kevin P. Muck
Kevin P. Muck

Attorneys for Defendants
FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, INC. and FREEDOM DEBT RELIEF, LLC

Dated: February 16, 2011        LAW OFFICES OF ALLEN RUBY

By: /s/ Allen Ruby
Allen Ruby

Attorneys for Defendants
BRADFORD STROH and ANDREW HOUSSER

Dated: February 15, 2011        GREENSPOON MARDER, P.A.

By: _____
Richard W. Epstein

Attorneys for Defendants GLOBAL CLIENT SOLUTIONS, LLC & ROCKY MOUNTAIN BANK & TRUST

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

Dated: February 16, 2011        FENWICK & WEST LLP

By: /s/ Jennifer C. Bretan
Jennifer C. Bretan

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT                   3                      CASE NO. CV-09-03156 SI
CONFERENCE

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. Pursuant to Civil L.R. 16-2, the Case Management Conference scheduled for February 25, 2011 be vacated and rescheduled to May 6, 2011 at 3:00 p.m., or such other time as the Court shall determine to be appropriate; and

2. The associated Joint Case Management Statement deadline shall likewise be deferred for submission consistent with Civil L.R. 16-10(d).

Dated: 2/22/11

_____
Hon. Susan Illston
United States District Court Judge