1  KEVIN P. MUCK (CSB NO. 120918)
   kmuck@fenwick.com
2  CHRISTOPHER J. STESKAL (CSB NO. 212297)
   csteskal@fenwick.com
3  JENNIFER BRETAN (CSB NO. 233475)
   jbretan@fenwick.com
4  MARIE C. BAFUS (CSB NO. 258417)
   mbafus@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 875-2300
7  Facsimile:     (415) 281-1350

8  Attorneys for Defendants
   Freedom Financial Network, LLC, Freedom Debt
9  Relief, Inc. and Freedom Debt Relief, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC a Delaware limited liability company; FREEDOM DEBT RELIEF, INC., a California corporation; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; AND BRADFORD STROH and DOES 1 through 100,<br><br>Defendants. | Case No.  CV-09-03156 SI<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CERTAIN DISCOVERY DEADLINES UNDER PRETRIAL PREPARATION ORDER** |

**WHEREAS**, on October 27, 2010, the Court issued a Pretrial Preparation Order setting certain deadlines related to non-expert and expert discovery, and attached hereto as Exhibit A;

**WHEREAS,** pursuant to that Order, the non-expert discovery cutoff was set for April 30, 2011;

**WHEREAS,** the schedules of the parties and certain trial schedules of their counsel have rendered it highly difficult to complete non-expert discovery within the allotted time;

**WHEREAS,** the parties respectfully submit that it is therefore in the interest of the parties to modify the cutoff and designation dates related to non-expert and expert discovery by seven calendar days in order to accommodate the schedules of the parties and their counsel;

**IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 6-1(b), 6-2(a), and 7-12 by and between the undersigned counsel for the Parties that:

1. Pursuant to Civil L.R. 6-2(a), the cutoff and designation dates related to non-expert and expert discovery, set per the Court's Pretrial Preparation Order of October 27, 2010, be modified as follows:

   (a) **Non-Expert Discovery Cutoff** will move from April 30, 2011 to **May 7, 2011**;

   (b) **Plaintiffs' Designation of Experts** will move from May 6, 2011 to **May 13, 2011**;

   (c) **Defendants' Designation of Experts** will move from May 27, 2011 to **June 3, 2011**;

   (d) **Plaintiffs' Expert Rebuttal** will move from June 13, 2001 to **June 20, 2011**;

   (e) **Expert Discovery Cutoff** will move from June 30, 2011 to **July 7, 2011**.

2. All other dates set pursuant to the Court's Pretrial Preparation Order of October 27, 2010 shall remain in place.

Dated: March 17, 2011

KERSHAW, CUTTER, & RATINOFF LLP
CLARK & MARKHAM LLP
LAW OFFICES OF BARRON E. RAMOS
CHARLES E. AMES, P.C.
THE CROSLEY LAW FIRM, P.C.
WEXLER WALLACE LLP

By:  /s/_____
      Stuart C. Talley

Attorneys for Plaintiffs HAIDEE ESTRELLA and ANGELICA ARITA

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | |
|---|---|
| Dated: March 17, 2011 | FENWICK & WEST LLP |
| | By:  /s/_____ |
| | Kevin P. Muck |
| | |
| | Attorneys for Defendants |
| | FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, INC. and FREEDOM DEBT RELIEF, LLC |
| Dated: March 17, 2011 | LAW OFFICES OF ALLEN RUBY |
| | By:  /s/_____ |
| | Allen Ruby |
| | |
| | Attorneys for Defendants |
| | BRADFORD STROH and ANDREW HOUSSER |
| Dated: March 17, 2011 | GREENSPOON MARDER, P.A. |
| | By:  /s/_____ |
| | Richard W. Epstein |
| | Attorneys for Defendants GLOBAL CLIENT SOLUTIONS, LLC & ROCKY MOUNTAIN BANK & TRUST |

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

Dated: March 17, 2011               FENWICK & WEST LLP

                                    By: /s/ *Jennifer C. Bretan*
                                        Jennifer C. Bretan

**Exhibit A**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIDEE ESTRELLA, | No. C 09-03156 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| FREEDOM FINANCIAL, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 25, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

Case continued to **2/25/11 @ 9:00 a.m.** for Cross Motions for Summary Adjudication (file 1/21/11, opposition 2/4/11, reply 2/11/11)

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 30, 2011.

DESIGNATION OF EXPERTS: pltf. 5/6/11, deft. 5/27/11; REBUTTAL: 6/13/11.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 30, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by July 22, 2011;

Opp. Due August 5, 2011; Reply Due August 12, 2011;

and set for hearing no later than August 26, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 27, 2011 at 3:30 PM.

JURY TRIAL DATE: October 11, 2011 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to Magistrate Judge Spero for settlement purposes. The settlement conference shall occur between February 7 through the 18th, 2011.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

SUSAN ILLSTON
United States District Judge

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. Pursuant to Civil L.R. 6-2(b), the cutoff and designation dates related to non-expert and expert discovery, set per the Court's Pretrial Preparation Order of October 27, 2010, shall be modified as follows:

(a) **Non-Expert Discovery Cutoff** is **May 7, 2011**;

(b) **Plaintiffs' Designation of Experts** is **May 13, 2011**;

(c) **Defendants' Designation of Experts** is **June 3, 2011**;

(d) **Plaintiffs' Expert Rebuttal** is **June 20, 2011**;

(e) **Expert Discovery Cutoff** is **July 7, 2011**.

2. All other dates set pursuant to the Court's Pretrial Preparation Order of October 27, 2010 shall remain in place.

Dated: ____3/18/11_____          _____
                                       Hon. Susan Illston
                                       United States District Court Judge

25455/00403/SF/5332433.2

---

[PROPOSED] ORDER MODIFYING CERTAIN DISCOVERY DEADLINES          1          CASE NO. CV-09-03156 SI

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO