KEVIN P. MUCK (CSB NO. 120918)
kmuck@fenwick.com
CHRISTOPHER J. STESKAL (CSB NO. 212297)
csteskal@fenwick.com
JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
MARIE C. BAFUS (CSB NO. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

Attorneys for Defendants
Freedom Financial Network, LLC, Freedom Debt
Relief, Inc. and Freedom Debt Relief, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC a Delaware limited liability company; FREEDOM DEBT RELIEF, INC., a California corporation; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; AND BRADFORD STROH and DOES 1 through 100,<br><br>Defendants. | Case No.  CV-09-03156 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1  **WHEREAS**, Plaintiffs Haidee Estrella and Angelica Arita ("Plaintiffs") and Defendants Freedom Debt Relief, LLC, Freedom Debt Relief, Inc., Freedom Financial Network, LLC, Andrew Housser and Brad Stroh (collectively, the "Freedom Defendants") have agreed to a further settlement conference with Magistrate Judge Joseph C. Spero set for April 27, 2011;

**WHEREAS**, Plaintiffs and Defendants Rocky Mountain Bank & Trust and Global Client Solutions have entered into a tentative settlement agreement with the Class and are still in the process of putting together the proposed agreement for submission to the Court;

**WHEREAS**, the parties previously stipulated to an order continuing the original February 25, 2011 Case Management Conference to May 6, 2011, in order to provide time for the Court to render its decision on the parties' cross motions for summary judgment;

**WHEREAS**, on March 14, 2011, the Court issued an order denying the parties' cross-motions;

**WHEREAS**, counsel for certain defendants now has a scheduling conflict on May 6, 2011;

**WHEREAS**, the parties are in the process of completing fact discovery, which closes May 7, 2011, followed by expert discovery, which closes July 7, 2011;

**WHEREAS,** the parties respectfully submit that it is therefore in the interest of judicial economy and efficiency to continue the May 6, 2011 Case Management Conference to July 15, 2011, at which time the parties expect to have completed discovery in this matter;

**IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the Parties that:

1. Pursuant to Civil L.R. 16-2, the Case Management Conference scheduled for May 6, 2011 be vacated and rescheduled to July 15, 2011 at 3:00 p.m., or such other time as the Court shall determine to be appropriate; and

2. The associated Joint Case Management Statement deadline shall likewise be deferred for submission consistent with Civil L.R. 16-10(d).

///

///

---

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE  1  CASE NO. CV-09-03156 SI

| | | |
|---|---|---|
| 1 | Dated: April 26, 2011 | KERSHAW, CUTTER, & RATINOFF LLP |
| 2 | | CLARK & MARKHAM LLP |
| | | LAW OFFICES OF BARRON E. RAMOS |
| 3 | | CHARLES E. AMES, P.C. |
| | | THE CROSLEY LAW FIRM, P.C. |
| 4 | | WEXLER WALLACE LLP |

By: _____
Stuart C. Talley

Attorneys for Plaintiffs HAIDEE ESTRELLA and ANGELICA ARITA

Dated: April 26, 2011                    FENWICK & WEST LLP

By: _____
Kevin P. Muck

Attorneys for Defendants
FREEDOM FINANCIAL NETWORK, LLC,
FREEDOM DEBT RELIEF, INC. and FREEDOM DEBT RELIEF, LLC

Dated: April 26, 2011                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Allen Ruby

Attorneys for Defendants
BRADFORD STROH and ANDREW HOUSSER

Dated: April 26, 2011                    GREENSPOON MARDER, P.A.

By: _____
Richard W. Epstein

Attorneys for Defendants GLOBAL CLIENT SOLUTIONS, LLC & ROCKY MOUNTAIN BANK & TRUST

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

Dated: April 26, 2011                    FENWICK & WEST LLP

By: /s/ *Jennifer C. Bretan*
Jennifer C. Bretan

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

3   1.   Pursuant to Civil L.R. 16-2, the Case Management Conference scheduled for May 6, 2011 be vacated and rescheduled to July 15, 2011 at 3:00 p.m., or such other time as the Court shall determine to be appropriate; and

6   2.   The associated Joint Case Management Statement deadline shall likewise be deferred for submission consistent with Civil L.R. 16-10(d).

Dated: 5/2/11

_____
Hon. Susan Illston
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT
CONFERENCE                                3                    CASE NO. CV-09-03156 SI