KEVIN P. MUCK (CSB NO. 120918)
kmuck@fenwick.com
CHRISTOPHER J. STESKAL (CSB NO. 212297)
csteskal@fenwick.com
JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
MARIE C. BAFUS (CSB NO. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Defendants
Freedom Financial Network, LLC, Freedom Debt Relief, Inc. and Freedom Debt Relief, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC a Delaware limited liability company; FREEDOM DEBT RELIEF, INC., a California corporation; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; AND BRADFORD STROH and DOES 1 through 100,<br><br>Defendants. | Case No.  CV-09-03156 SI<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING EXPERT DISCOVERY DEADLINES** |

STIPULATION AND [PROPOSED] ORDER MODIFYING EXPERT DISCOVERY DEADLINES

CASE NO.  CV-09-03156 SI

1   **WHEREAS**, on October 27, 2010, the Court issued a Pretrial Preparation Order setting
2   certain deadlines related to non-expert and expert discovery, dispositive motions, and trial, a copy
3   of which is attached hereto as Exhibit A;

4   **WHEREAS,** the Court modified those deadlines by Order dated March 18, 2011, a copy
5   of which is attached hereto as Exhibit B;

6   **WHEREAS,** in the course of completing fact discovery, plaintiffs have requested, and
7   defendants have agreed, to modify the cutoff and designation dates related to expert discovery by
8   ten (10) calendar days;

9   **IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 6-1(b), 6-2(a), and 7-12
10  by and between the undersigned counsel for the Parties that:

11  1.  Pursuant to Civil L.R. 6-2(a), the cutoff and designation dates related to expert
12  discovery, set per the Court's Order Modifying Certain Discovery Deadlines of March 18, 2011,
13  be further modified as follows:

14  (a) **Plaintiffs' Designation of Experts** will move from May 13, 2011 to **May 23, 2011**;

16  (b) **Defendants' Designation of Experts** will move from June 3, 2011 to **June 13, 2011**;

18  (c) **Plaintiffs' Expert Rebuttal** will move from June 20, 2011 to **June 30, 2011**;

19  (d) **Expert Discovery Cutoff** will move from July 7, 2011 to **July 18, 2011**.

20  2.  All other subsequent dates set pursuant to the Court's Pretrial Preparation Order of
21  October 27, 2010 shall remain in place.

Dated: May 2, 2011

KERSHAW, CUTTER, & RATINOFF LLP
CLARK & MARKHAM LLP
LAW OFFICES OF BARRON E. RAMOS
CHARLES E. AMES, P.C.
THE CROSLEY LAW FIRM, P.C.
WEXLER WALLACE LLP

By: /s/
Stuart C. Talley

Attorneys for Plaintiffs HAIDEE ESTRELLA and
ANGELICA ARITA

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | |
|---|---|---|
| 1 | Dated: May 2, 2011 | FENWICK & WEST LLP |
| 2 | | By: /s/ *Kevin P. Muck* (pr gb) |
| 3 | | Kevin P. Muck |
| 4 | | Attorneys for Defendants |
| 5 | | FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, INC. and FREEDOM DEBT RELIEF, LLC |
| 6 | | |
| 7 | Dated: May 2, 2011 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 8 | | By: /s/ *Allen Ruby* (pr gb) |
| 9 | | Allen Ruby |
| 10 | | Attorneys for Defendants BRADFORD STROH and ANDREW HOUSSER |
| 11 | | |
| 12 | Dated: May 2, 2011 | GREENSPOON MARDER, P.A. |
| 13 | | By: /s/ *Richard Epstein* (pr gb) |
| | | Richard W. Epstein |
| 14 | | Attorneys for Defendants GLOBAL CLIENT SOLUTIONS, LLC & ROCKY MOUNTAIN BANK & TRUST |
| 15 | | |

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

Dated: May 2, 2011                                 FENWICK & WEST LLP

                                                                 By: /s/ *Jennifer C. Bretan*
                                                                        Jennifer C. Bretan

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. Pursuant to Civil L.R. 6-2(b), the cutoff and designation dates related to expert discovery, set per the Court's Order of March 18, 2011, shall be modified as follows:

   (a) **Plaintiffs' Designation of Experts** is **May 23, 2011**;

   (b) **Defendants' Designation of Experts** is **June 13, 2011**;

   (c) **Plaintiffs' Expert Rebuttal** is **June 30, 2011**;

   (d) **Expert Discovery Cutoff** is **July 18, 2011**.

2. All subsequent dates set pursuant to the Court's Pretrial Preparation Order of October 27, 2010 shall remain in place.

Dated: 5/4/11  _____

Hon. Susan Illston
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER MODIFYING EXPERT DISCOVERY DEADLINES         1         CASE NO. CV-09-03156 SI

# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAIDEE ESTRELLA,

        Plaintiff,

  v.

FREEDOM FINANCIAL,

        Defendant.
_____/

No. C 09-03156 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 25, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

Case continued to **2/25/11 @ 9:00 a.m.** for Cross Motions for Summary Adjudication (file 1/21/11, opposition 2/4/11, reply 2/11/11)

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 30, 2011.

DESIGNATION OF EXPERTS: pltf. 5/6/11, deft. 5/27/11; REBUTTAL: 6/13/11.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 30, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by July 22, 2011;

    Opp. Due August 5, 2011; Reply Due August 12, 2011;

    and set for hearing no later than August 26, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 27, 2011 at 3:30 PM.

JURY TRIAL DATE: October 11, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to Magistrate Judge Spero for settlement purposes. The settlement conference shall occur between February 7 through the 18th, 2011.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                            SUSAN ILLSTON
                            United States District Judge

# Exhibit B

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. Pursuant to Civil L.R. 6-2(b), the cutoff and designation dates related to non-expert and expert discovery, set per the Court's Pretrial Preparation Order of October 27, 2010, shall be modified as follows:

(a) **Non-Expert Discovery Cutoff** is **May 7, 2011**;

(b) **Plaintiffs' Designation of Experts** is **May 13, 2011**;

(c) **Defendants' Designation of Experts** is **June 3, 2011**;

(d) **Plaintiffs' Expert Rebuttal** is **June 20, 2011**;

(e) **Expert Discovery Cutoff** is **July 7, 2011**.

2. All other dates set pursuant to the Court's Pretrial Preparation Order of October 27, 2010 shall remain in place.

Dated: ____3/18/11_____    _____
                                Hon. Susan Illston
                                United States District Court Judge

25455/00403/SF/5332433.2

[PROPOSED] ORDER MODIFYING CERTAIN DISCOVERY DEADLINES    1    CASE NO. CV-09-03156 SI