KEVIN P. MUCK (CSB NO. 120918)
kmuck@fenwick.com
CHRISTOPHER J. STESKAL (CSB NO. 212297)
csteskal@fenwick.com
JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
MARIE C. BAFUS (CSB NO. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

Attorneys for Defendants
Freedom Financial Network, LLC, Freedom Debt
Relief, Inc. and Freedom Debt Relief, LLC

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and all others similarly situated, and on behalf of the general public, | Case No.  CV-09-03156 SI |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CERTAIN EXPERT DISCOVERY DEADLINES** |
| v. | |
| FREEDOM FINANCIAL NETWORK, LLC a Delaware limited liability company; FREEDOM DEBT RELIEF, INC., a California corporation; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; AND BRADFORD STROH and DOES 1 through 100, | |
| Defendants. | |

1        **WHEREAS**, on May 4, 2011, the Court issued an order setting certain deadlines related

2   to expert discovery, a copy of which is attached hereto as Exhibit A;

3        **WHEREAS,** the parties subsequently, by letter agreement, agreed to extend the deadline

4   for plaintiffs' expert designations to May 31, 2011;

5        **WHEREAS,** in light of scheduling issues, the parties have agreed to further modify the

6   cutoff and designation dates related to certain remaining expert discovery;

7        **WHEREAS,** such modifications will not affect any other dates set by the Court;

8        **IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 6-1(b), 6-2(a), and 7-12

9   by and between the undersigned counsel for the Parties that:

10       1.      Pursuant to Civil L.R. 6-2(a), the cutoff and designation dates related to certain

11  expert discovery, set per the Court's Order of May 5, 2011, be further modified as follows:

12           (a) **Defendants' Designation of Experts** will move to **June 27, 2011**;

13           (c) **Plaintiffs' Expert Rebuttal** will move to **July 14, 2011**;

14           (d) **Expert Discovery Cutoff** will move to **August 1, 2011**.

15       2.      All other dates set pursuant to the Court's Pretrial Preparation Order of October

16  27, 2010 shall remain in place.

17  Dated:  June 17, 2011          KERSHAW, CUTTER, & RATINOFF LLP
                                    CLARK & MARKHAM LLP
18                                  LAW OFFICES OF BARRON E. RAMOS
                                    CHARLES E. AMES, P.C.
19                                  THE CROSLEY LAW FIRM, P.C.
                                    WEXLER WALLACE LLP
20
                                    By:  _/s/_____
21                                         Stuart C. Talley

22
                                    Attorneys for Plaintiffs HAIDEE ESTRELLA and
23                                  ANGELICA ARITA

24  Dated:  June 17, 2011          FENWICK & WEST LLP

25                                  By:  _/s/_____
                                         Kevin P. Muck
26
                                    Attorneys for Defendants FREEDOM FINANCIAL
27                                  NETWORK, LLC, FREEDOM DEBT RELIEF, INC. and
                                    FREEDOM DEBT RELIEF, LLC
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
MODIFYING CERTAIN EXPERT              1          CASE NO.  CV-09-03156 SI
DISCOVERY DEADLINES

1    Dated:  June 17, 2011                          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

2
                                                    By:  /s/
3                                                        Allen Ruby

                                                    Attorneys for Defendants
4                                                   BRADFORD STROH and ANDREW HOUSSER

5    Dated:  June 17, 2011                          GREENSPOON MARDER, P.A.

6
                                                    By:  /s/
7                                                        Richard W. Epstein

                                                    Attorneys for Defendants GLOBAL CLIENT
8                                                   SOLUTIONS, LLC and ROCKY MOUNTAIN BANK &
9                                                   TRUST

10   Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this
     stipulation.
11

12   Dated: June 17, 2011                           FENWICK & WEST LLP

13                                                  By:  /s/ *Jennifer C. Bretan*
                                                        Jennifer C. Bretan
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
MODIFYING CERTAIN EXPERT                    2                   CASE NO.  CV-09-03156 SI
DISCOVERY DEADLINES

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

3      1.      Pursuant to Civil L.R. 6-2(b), the cutoff and designation dates related to certain

4 expert discovery, set per the Court's Order of May 4, 2011, shall be modified as follows:

5           (a)  The deadline for **Defendants' Designation of Experts** is **June 27, 2011**;

6           (b)  The deadline for **Plaintiffs' Expert Rebuttal** is **July 14, 2011**;

7           (c)  **Expert Discovery Cutoff** is **August 1, 2011**.

8      2.      All other dates set pursuant to the Court's Pretrial Preparation Order of October

9 27, 2010 shall remain in place.

10

11 Dated: _____6/21/11_____          _____

12                                          Hon. Susan Illston
                                            United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
MODIFYING CERTAIN EXPERT          3          CASE NO.  CV-09-03156 SI
DISCOVERY DEADLINES

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# Exhibit A

1        **[PROPOSED] ORDER**

2    PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

3        1.      Pursuant to Civil L.R. 6-2(b), the cutoff and designation dates related to expert

4    discovery, set per the Court's Order of March 18, 2011, shall be modified as follows:

5        (a)  **Plaintiffs' Designation of Experts** is **May 23, 2011**;

6        (b)  **Defendants' Designation of Experts** is **June 13, 2011**;

7        (c)  **Plaintiffs' Expert Rebuttal** is **June 30, 2011**;

8        (d)  **Expert Discovery Cutoff** is **July 18, 2011**.

9        2.      All subsequent dates set pursuant to the Court's Pretrial Preparation Order of

10   October 27, 2010 shall remain in place.

11

12   Dated: _____5/4/11_____     _____

13                                          Hon. Susan Illston
                                          United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
MODIFYING EXPERT DISCOVERY             1                    CASE NO.  CV-09-03156 SI
DEADLINES