KEVIN P. MUCK (CSB NO. 120918)
kmuck@fenwick.com
CHRISTOPHER J. STESKAL (CSB NO. 212297)
csteskal@fenwick.com
JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
MARIE C. BAFUS (CSB NO. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

Attorneys for Defendants
Freedom Financial Network, LLC, Freedom Debt
Relief, Inc. and Freedom Debt Relief, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC a Delaware limited liability company; FREEDOM DEBT RELIEF, INC., a California corporation; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; AND BRADFORD STROH and DOES 1 through 100,<br><br>Defendants. | Case No.  CV-09-03156 SI<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CERTAIN DEADLINES** |

1  **WHEREAS,** pursuant to prior orders of the Court, certain deadlines, including deadlines for disclosure of experts, completion of expert discovery, and filing of dispositive motions, are upcoming;

**WHEREAS**, on June 24, 2011, the Court took under submission Defendants' Motion to Compel Arbitration and to Stay Action Pursuant To The Federal Arbitration Act;

**WHEREAS,** in light of the Court taking the Motion to Compel Arbitration and To Stay under submission, the parties believe that the interests of efficiency and economy would best be served by extending the upcoming deadlines for a period of two weeks, and that such an extension could avoid potentially unnecessary litigation costs;

**WHEREAS,** such modifications will not affect any other dates set by the Court;

**IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 6-1(b), 6-2(a), and 7-12 by and between the undersigned counsel for the Parties that:

1. Pursuant to Civil L.R. 6-2(a), the cutoff and designation dates related to certain expert discovery and the deadline for the filing of dispositive motions, set per the Court's Orders of June 21, 2011 and October 27, 2010, respectively, be modified as follows:

    (a) **Defendants' Designation of Experts** will move to **July 11, 2011**;

    (b) **Plaintiffs' Expert Rebuttal** will move to **July 28, 2011**;

    (c) **Expert Discovery Cutoff** will move to **August 15, 2011**.

    (d) **Dispositive Motions** will be filed by **August 5, 2011; Opposition** will be due **August 19, 2011**; Reply will be due **August 26, 2011**; and hearing shall be set no later than **September 9, 2011**.

2. All other dates set pursuant to the Court's Pretrial Preparation Order of October 27, 2010 shall remain in place.

3. This Stipulation is without prejudice to any party's ability to seek a further stay or other relief in light of any order the Court may issue on the Motion to Compel Arbitration and to Stay Action.

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER
MODIFYING CERTAIN DEADLINES                 1                    CASE NO.  CV-09-03156 SI

| | | |
|---|---|---|
| 1 | Dated:  June 25, 2011 | KERSHAW, CUTTER, & RATINOFF LLP |
| 2 | | CLARK & MARKHAM LLP |
| | | LAW OFFICES OF BARRON E. RAMOS |
| 3 | | CHARLES E. AMES, P.C. |
| | | THE CROSLEY LAW FIRM, P.C. |
| 4 | | WEXLER WALLACE LLP |

By:  /s/_____
       Stuart C. Talley

Attorneys for Plaintiffs

Dated:  June 25, 2011          FENWICK & WEST LLP

By:  /s/_____
       Kevin P. Muck

Attorneys for Defendants FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, INC. and FREEDOM DEBT RELIEF, LLC

Dated:  June 25, 2011          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  /s/_____
       Allen Ruby

Attorneys for Defendants
BRADFORD STROH and ANDREW HOUSSER

Dated:  June 24, 2011          GREENSPOON MARDER, P.A.

By:  /s/_____
       Richard W. Epstein

Attorneys for Defendants GLOBAL CLIENT SOLUTIONS, LLC and ROCKY MOUNTAIN BANK & TRUST

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

Dated: June 25, 2011                              FENWICK & WEST LLP

                                                  By:  /s/ *Jennifer C. Bretan*
                                                        Jennifer C. Bretan

---

STIPULATION AND [PROPOSED] ORDER
MODIFYING CERTAIN DEADLINES                    2                    CASE NO.  CV-09-03156 SI

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

3   1.   Pursuant to Civil L.R. 6-2(b), the cutoff and designation dates related to certain expert discovery, set per the Court's Order of May 4, 2011, shall be modified as follows:

   (a) The deadline for **Defendants' Designation of Experts** is **July 11, 2011**;

   (b) The deadline for **Plaintiffs' Expert Rebuttal** is **July 28, 2011**;

   (c) **Expert Discovery Cutoff** is **August 15, 2011**.

   (d) **Dispositive Motions** shall be filed by **August 5, 2011; Opposition** shall be due **August 19, 2011**; Reply shall be due **August 26, 2011**; and hearing shall be set no later than **September 9, 2011**.

   2.   All other dates set pursuant to the Court's Pretrial Preparation Order of October 27, 2010 shall remain in place.

Dated:  6/29/11                                    _____
                                                    Hon. Susan Illston
                                                    United States District Court Judge