| | |
|---|---|
| 1 | **KERSHAW, CUTTER & RATINOFF, LLP** |
| 2 | Stuart C. Talley (State Bar No. 180374) |
|   | Email: stalley@kcrlegal.com |
| 3 | 401 Watt Avenue |
|   | Sacramento, California  95864 |
| 4 | Telephone: (916) 448-9800 |
|   | Facsimile:  (916) 669-4499 |
| 5 | |
| 6 | [Additional Counsel Listed on Signature Page] |
| 7 | Attorneys for Plaintiffs and the Class |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and all others similarly situated, and on behalf of the general public, | ) ) ) ) ) | Case No. 09-03156 SI |
| Plaintiffs, | ) ) | **STIPULATION TO CHANGE HEARING DATE ON PLAINTIFFS' MOTION TO 1) LIFT STAY; 2) GRANT LEAVE TO AMEND COMPLAINT TO ADD NEW CLASS REPRESENTATIVES AND CREATE SUB-CLASS; AND/OR 3) GRANT LEAVE TO INTERVENE; DECLARATION OF STUART C. TALLEY IN SUPPORT THEREOF** |
| v. | ) ) | |
| FREEDOM FINANCIAL NETWORK, LLC, a Delaware limited liability company; FREEDOM DEBT RELIEF, INC., a California corporation; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; and BRADFORD STROH and DOES 1 through 100, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | **[N.D. Cal. L.R. 6-2]** |

By and through their respective counsel of record, the parties stipulate and agree as follows:

1. Plaintiffs filed their Motion to Lift Stay; Grant Leave To Amend Complaint To Add New Class Representatives And Create Sub-Class; And/Or Grant Leave To Intervene on July 19, 2011 [Dkt. No. 209], setting the hearing for August 26, 2011.  On August 1, 2011, Plaintiffs filed a Notice of Continuation of Hearing [Dkt. No. 212] to September 9, 2011.  On August 2, 2011, the

court entered Docket Text moving the hearing on Plaintiffs' motion to September 9, 2011 and setting replies due by August 22, 2011. Also on August 2, 2011, Defendants filed papers in opposition to Plaintiffs' motion [Dkt. No. 213]. On August 25, 2011, the court entered an order requiring Plaintiffs' reply briefs in support of its Motion be filed by September 6, 2011, and that the hearing be continued to September 22, 2011 at 9:00 a.m. On September 6, 2011, Plaintiffs filed their reply brief in support of Plaintiffs' motion [Dkt. No. 217].

2. The hearing on Plaintiffs' motions is currently set for September 22, 2011 at 9:00 a.m.. The parties have met and conferred and propose the motion hearing be continued to September 30, 2011 at 9:00 a.m. or a later date and time convenient for the Court.

3. Pursuant to N.D. Cal. Local R. 6-1(b) and 6-2, the parties seek approval of this stipulated request for an order changing time, as the agreement set forth in paragraph 2 affects a hearing date currently set on the Court's calendar.

4. The extensions of time requested herein would require continuation of the hearing on the Motions from September 22, 2011, to September 30, 2011.

Dated: September 7, 2011.                **FENWICK & WEST LLP**


By: _____/s/ Kevin Muck_____
Kevin Muck
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
**Attorneys for Defendants Freedom Financial Network, LLC, Freedom Debt Relief, Inc. and Freedom Debt Relief, LLC**

Dated: September 7, 2011.                **SKADDEN, ARPS, SLATE, MEAGHER & FLOM**


By: _____
Allen Ruby
525 University Ave
Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
**Attorneys for Defendants
Andrew Housser and Bradford Stroh**

Dated: September 7, 2011.    **KERSHAW, CUTTER & RATINOFF LLP**

By: _____/s/ Stuart C. Talley_____
Stuart C. Talley
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 448-9800

CLARK & MARKHAM LLP
David R. Markham
R. Craig Clark
James M. Treglio
600 "B" Street, Suite 2130
San Diego, CA 92101
Telephone: (619) 239-1321

LAW OFFICES OF BARRON E. RAMOS
HESS-VERDON & ASSOCIATES, A PLC
620 Newport Center Drive, Suite 1030
Newport Beach, CA 92660
Telephone: (949) 706-7300

CHARLES E. AMES, P.C.
Charles E. Ames (Pro Hac Vice)
2712 Timberleaf Drive
Carrollton, TX  75006-2103
Telephone:  (214) 390-8111

THE CROSLEY LAW FIRM, P.C.
Thomas A. Crosley (Pro Hac Vice)
McCombs Plaza, Suite 250
755 E. Mulberry
San Antonio, TX  78212
Telephone:  (210) 354-4500

**Attorneys For The Plaintiffs**

**General Order 45, § X Certification**
The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each of the other signatories, in full accordance with N.D. Cal Gen. Ord. 45, § X(B).

**DECLARATION OF STUART C. TALLEY**

I, Stuart C. Talley, declare and state as follows:

1. I am an attorney duly licensed to practice before this Court, and am partner with KERSHAW, CUTTER & RATINOFF LLP, co-counsel for plaintiffs in the above-entitled action. The matters referred to in this Declaration are based upon my best personal knowledge and belief, and if called and sworn as a witness, I could and would competently testify as to each of them.

2. Plaintiffs filed their Motion to Lift Stay; Grant Leave to Amend Complaint to Add New Class Representatives and Create Sub-Class; and/or Grant Leave to Intervene on July 19, 2011 [Dkt. No. 209], setting the hearing for August 26, 2011. On August 1, 2011, Plaintiffs filed a Notice of Continuation of Hearing [Dkt. No. 212] re-setting the hearing for September 9, 2011. On August 2, 2011, the Court entered Docket Text moving the hearing on Plaintiffs' motion to September 9, 2011 and setting replies due by August 22, 2011. Also on August 2, 2011, Defendants filed papers in opposition to Plaintiffs' motion [Dkt. No. 213]. On August 25, 2011, the court entered an order that requiring Plaintiffs' reply briefs in support of its Motion be filed by September 6, 2011, and that the hearing be continued to September 22, 2011 at 9:00 a.m. On September 6, 2011, Plaintiffs filed their reply brief in support of Plaintiffs' motion [Dkt. No. 217].

3. For scheduling and convenience purposes, the parties propose that the hearing on Plaintiffs' filed motion (currently scheduled for September 22, 2011) be continued to September 30, 2011 at 9:00 a.m. or a later date and time convenient for the Court..

4. Pursuant to N.D. Cal. Local R. 6-1(b) and 6-2, the parties seek approval of this stipulated request for an order changing time, as the agreements set forth in paragraph 3 affect a hearing date currently set on the Court's calendar.

5. The extensions of time requested herein would require continuation of the hearing on the Motion from September 22, 2011, to September 30, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of September 2011 at Sacramento, California.

                                          */s/ Stuart C. Talley*
                                        STUART C. TALLEY

**ORDER**

For good cause shown, the Court hereby enters the Stipulation set forth above as the Order of the Court. The schedule in this case is hereby modified as follows:

    a.    The motion hearing on set for September 22, 2011 on Plaintiffs' Motion to Lift Stay; Grant Leave To Amend Complaint To Add New Class Representatives And Create Sub-Class; And/Or Grant Leave To Intervene on July 19, 2011 [Dkt. No. 209] is continued to September 30, 2011 at 9:00 a.m.

**IT IS SO ORDERED**

Dated: _____9/9_____, 2011

By: _____
HONORABLE SUSAN ILLSTON