| | |
|---|---|
| 1 | KEVIN P. MUCK (CSB NO. 120918) |
|  | kmuck@fenwick.com |
| 2 | CHRISTOPHER J. STESKAL (CSB NO. 212297) |
|  | csteskal@fenwick.com |
| 3 | JENNIFER BRETAN (CSB NO. 233475) |
|  | jbretan@fenwick.com |
| 4 | MARIE C. BAFUS (CSB NO. 258417) |
|  | mbafus@fenwick.com |
| 5 | FENWICK & WEST LLP |
|  | 555 California Street, 12th Floor |
| 6 | San Francisco, CA  94104 |
|  | Telephone:     (415) 875-2300 |
| 7 | Facsimile:      (415) 281-1350 |

Attorneys for Defendants
Freedom Financial Network, LLC, Freedom Debt Relief, Inc. and Freedom Debt Relief, LLC

*IT IS SO ORDERED*
*Susan Illston*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAIDEE ESTRELLA, ANGELICA ARITA, DALE MAYS and BEVERLY HALL, an individually and on behalf of themselves and all others similarly situated, and on behalf of the general public, | Case No.  CV-09-03156 SI |
|  | **STIPULATION SETTING TIME TO RESPOND TO THIRD AMENDED COMPLAINT** |
| Plaintiffs, | |
| v. | |
| FREEDOM FINANCIAL NETWORK, LLC a Delaware limited liability company; FREEDOM DEBT RELIEF, INC., a California corporation; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; AND BRADFORD STROH and DOES 1 through 100, | |
| Defendants. | |

**WHEREAS**, on October 3, 2011, the Court issued an order ("Order") granting plaintiffs leave to amend;

**WHEREAS,** the Order was without prejudice to defendants' right to move to compel to arbitration the claims of newly added plaintiffs, Ms. Mays and Ms. Hall;

**WHEREAS,** the Order did not affect the Court's prior order of July 5, 2011, granting defendants' motion to compel the claims of each of the prior named plaintiffs to arbitration;

**WHEREAS,** pursuant to the Order, plaintiffs filed a Third Amended Complaint on October 7, 2011, and a response is due October 24, 2011 under Fed. R. Civ. P. 6(d) and 15(a)(3);

**WHEREAS,** as contemplated by the Order, certain defendants will be filing a motion to compel arbitration by October 25, 2011;

**WHEREAS**, because the Court's decision on the motion to compel arbitration will likely affect the nature of defendants' responses to the Third Amended Complaint, and could even render such responses unnecessary, all Parties agree that the time to respond to the Third Amended Complaint should be set for a reasonable period following the Court's decision on the upcoming motion to compel arbitration;

**WHEREAS**, in setting the response date, the Parties are not altering the date of any event or deadline already fixed by Court Order;

**IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 6-1(a), by and between the undersigned counsel for the Parties that:

1. Any motion to compel arbitration by defendants shall be filed by October 25, 2011;

2. Pursuant to Civil L.R. 6-1(a), defendants need not answer, move or otherwise respond to the Third Amended Complaint until after the Court has ruled on defendants' motion to compel arbitration; and

3. In the event that the defendants' motion to compel arbitration is denied, defendants will respond to the Third Amended Complaint with fifteen (15) days from service of the Court's order.

STIPULATION SETTING TIME TO RESPOND
TO THIRD AMENDED COMPLAINT                         2                    CASE NO. CV-09-03156 SI

| | | |
|---|---|---|
| 1 | Dated:  October 19, 2011 | KERSHAW, CUTTER, & RATINOFF LLP |
| 2 | | CLARK & MARKHAM LLP |
| | | LAW OFFICES OF BARRON E. RAMOS |
| 3 | | CHARLES E. AMES, P.C. |
| | | THE CROSLEY LAW FIRM, P.C. |
| 4 | | WEXLER WALLACE LLP |

By:  /s/_____
       Stuart C. Talley

Attorneys for Plaintiffs

Dated:  October 19, 2011          FENWICK & WEST LLP

By:  /s/_____
       Kevin P. Muck

Attorneys for Defendants FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, INC. and FREEDOM DEBT RELIEF, LLC

Dated:  October 19, 2011          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  /s/_____
       Allen Ruby

Attorneys for Defendants
BRADFORD STROH and ANDREW HOUSSER

Dated:  October 19, 2011          GREENSPOON MARDER, P.A.

By:  /s/_____
       Rebecca Bratter

Attorneys for Defendants GLOBAL CLIENT SOLUTIONS, LLC and ROCKY MOUNTAIN BANK & TRUST

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

Dated: October 19, 2011          FENWICK & WEST LLP

By:  /s/ *Jennifer C. Bretan*
       Jennifer C. Bretan

---

STIPULATION SETTING TIME TO RESPOND TO THIRD AMENDED COMPLAINT     3     CASE NO.  CV-09-03156 SI