**KERSHAW, CUTTER & RATINOFF, LLP**
Stuart C. Talley (State Bar No. 180374)
Email: stalley@kcrlegal.com
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499

[Additional Counsel Listed on Signature Page]

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIDEE ESTRELLA, ANGELICA ARITA, DALE MAYS, and BEVERLY HALL, individually and on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, a Delaware limited liability company; FREEDOM DEBT RELIEF, INC., a California corporation; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; and BRADFORD STROH and DOES 1 through 100,<br><br>Defendants. | Case No. 09-03156 SI<br><br>**STIPULATION TO CHANGE BRIEFING SCHEDULE RELATING TO DEFENDANTS' MOTION TO COMPEL ARBITRATION, STAY ACTION PURSUANT TO THE FEDERAL ARBITRATION ACT AND DECERTIFY CLASS IN LIGHT OF ARBITRATION; DECLARATION OF STUART C. TALLEY IN SUPPORT THEREOF**<br><br>**[N.D. Cal. L.R. 6-2]** |

By and through their respective counsel of record, the parties stipulate and agree as follows:

1.       Defendants, Freedom Financial Network, LLC, Freedome Debt Relief, Inc., Freedome Debt Relief, LLC, Andrew Housser, and Bradford Stroh ("Defendants"), filed their Motion to Compel Arbitration, Stay Action Pursuant to the Federal Arbitration Act and Decertify Class in Light of Arbitration on October 25, 2011 [Dkt. No. 233], setting the hearing for December

1  2, 2011. Plaintiffs requested that the hearing date be moved and, on November 7, 2011, a Notice

2  of Continuation of Hearing [Dkt. No. 235] was filed re-setting the hearing for January 20, 2012.

3  On November 8, 2011, the Court moved the hearing on Defendants' motion to January 20, 2012.

4      2.      Plaintiffs have now asked for the briefing schedule to be modified as well. The

5  parties have met and conferred and propose the following changes to the above briefing schedule:

6      <u>November 18, 2011</u>: Opposition papers due.

7      <u>December 9, 2011</u>: Reply papers due.

8      3.      Pursuant to N.D. Cal. Local R. 6-1(b) and 6-2, the parties seek approval of this

9  stipulated request for an order changing time, as the agreements set forth in paragraph 2 affect

10  dates involving papers required to be filed with the Court.

11  Dated: November 8, 2011.      **FENWICK & WEST LLP**

13  By:    */s/ Kevin P. Muck*
    Kevin P. Muck
14      555 California Street, 12th Floor
    San Francisco, CA 94104
15      Telephone: (415) 875-2300
    **Attorneys for Defendants Freedom Financial**
16      **Network, LLC, Freedom Debt Relief, Inc. and**
    **Freedom Debt Relief, LLC**

18  Dated: November 8, 2011.      **SKADDEN, ARPS, SLATE, MEAGHER & FLOM**

19  By:    */s/ Allen Ruby*
20      Allen Ruby
    525 University Ave
21      Suite 1100
    Palo Alto, California 94301
22      Telephone: (650) 470-4500
    **Attorneys for Defendants**
23      **Andrew Housser and Bradford Stroh**

24  Dated: November 8, 2011.      **KERSHAW, CUTTER & RATINOFF LLP**

26  By:    */s/ Stuart C. Talley*
    Stuart C. Talley
27      401 Watt Avenue
    Sacramento, California 95864
28      Telephone: (916) 448-9800

| | |
|---|---|
| 1 | CLARK & MARKHAM LLP |
|   | David R. Markham |
| 2 | R. Craig Clark |
|   | James M. Treglio |
| 3 | 600 "B" Street, Suite 2130 |
|   | San Diego, CA 92101 |
| 4 | Telephone: (619) 239-1321 |

LAW OFFICES OF BARRON E. RAMOS
HESS-VERDON & ASSOCIATES, A PLC
620 Newport Center Drive, Suite 1030
Newport Beach, CA 92660
Telephone: (949) 706-7300

CHARLES E. AMES, P.C.
Charles E. Ames (Pro Hac Vice)
2712 Timberleaf Drive
Carrollton, TX  75006-2103
Telephone:  (214) 390-8111

THE CROSLEY LAW FIRM, P.C.
Thomas A. Crosley (Pro Hac Vice)
McCombs Plaza, Suite 250
755 E. Mulberry
San Antonio, TX  78212
Telephone:  (210) 354-4500

**Attorneys For The Plaintiffs**

**General Order 45, § X Certification**
The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each of the other signatories, in full accordance with N.D. Cal Gen. Ord. 45, § X(B).

## DECLARATION OF STUART C. TALLEY

I, Stuart C. Talley, declare and state as follows:

1. I am an attorney duly licensed to practice before this Court, and am partner with KERSHAW, CUTTER & RATINOFF LLP, co-counsel for plaintiffs in the above-entitled action. The matters referred to in this Declaration are based upon my best personal knowledge and belief, and if called and sworn as a witness, I could and would competently testify as to each of them.

2. Defendants filed their Motion to Compel Arbitration, Stay Action Pursuant to the Federal Arbitration Act and Decertify Class in Light of Arbitration on October 25, 2011 [Dkt. No. 233], setting the hearing for December 2, 2011.

3. I requested that Defendants move the hearing and, on November 7, 2011, Defendants filed a Notice of Continuation of Hearing [Dkt. No. 235] re-setting the hearing for January 20, 2012.  On November 8, 2011, the Court entered Docket Text moving the hearing on Defendants' motion to January 20, 2012.

3. I also requested for the briefing schedule to be modified.  The parties have met and conferred and propose that Plaintiffs' opposition be filed by November 18, 2011 and Defendants' reply briefs be filed by December 9, 2011.

5. Pursuant to N.D. Cal. Local R. 6-1(b) and 6-2, the parties seek approval of this stipulated request for an order changing time, as the agreements set forth in paragraph 3 affect dates involving papers required to be filed with the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of November 2011 at Sacramento, California.

                                           */s/ Stuart C. Talley*
                                           STUART C. TALLEY

**ORDER**

For good cause shown, the Court hereby enters the Stipulation set forth above as the Order of the Court. The schedule in this case is hereby modified as follows:

    a.    Plaintiffs will have until November 18, 2011 to file their opposition brief to Motion to Compel Arbitration, Stay Action Pursuant to the Federal Arbitration Act and Decertify Class in Light of Arbitration [Dkt. No. 233]; and

    b.    Defendants will have until December 9, 2011 to file their reply brief to Motion to Compel Arbitration, Stay Action Pursuant to the Federal Arbitration Act and Decertify Class in Light of Arbitration [Dkt. No. 233].

**IT IS SO ORDERED**

Dated: _____11/14_____, 2011

By: _____
HONORABLE SUSAN ILLSTON

