IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and others similarly situated<br><br>            Plaintiffs,<br><br>   v.<br><br>FREEDOM FINANCIAL NETWORK, LLC; FREEDOM DEBT RELIEF, INC.; FREEDOM DEBT RELIEF, LLC; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; and BRADFORD STROH<br><br>            Defendants.<br>_____/ | No. CV 09-03156 SI<br><br>**ORDER RE: MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

On December 6, 2011, plaintiffs filed a motion for preliminary approval of a class action settlement between plaintiffs and two of the defendants in this case: Global Client Solution, LLC ("Global") and Rocky Mountain Bank & Trust ("RMBT"). The remaining defendants (the "Freedom Defendants") filed an opposition to the proposed settlement on December 20, 2011. Plaintiffs, as well as Global and RMBT, filed replies on December 30, 2011. A hearing is scheduled for the motion on January 13, 2012.

Scheduled for January 20, 2012 is a hearing on the Freedom Defendants' separate motion to decertify the current class. *See* Doc. 233. In the instant moving papers regarding approval of the class settlement, the parties dispute whether the outcome of that motion will affect the proposed settlement

between plaintiffs and Global/RMBT.[1] Whether or not it does, the Court believes that it will be better informed regarding the merits of the instant motion after it has decided the decertification motion. The Court therefore VACATES the January 13, 2012 hearing. At the January 20, 2012 hearing, the parties may present arguments regarding the proposed settlement if they wish, along with their arguments regarding the decertification motion. Otherwise, the Court will consider the matter submitted on the papers.

**IT IS SO ORDERED.**

Dated: January 11 , 2011

SUSAN ILLSTON
United States District Judge

---

[1] Specifically, the parties dispute the propriety of creating a settlement fund that may be used for litigation against Freedom Defendants in light of a potential decertification order.