KEVIN P. MUCK (CSB No. 120918)
kmuck@fenwick.com
CHRISTOPHER J. STESKAL (CSB No. 212297)
csteskal@fenwick.com
JENNIFER C. BRETAN (CSB No. 233475)
jbretan@fenwick.com
MARIE BAFUS (CSB No. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendants Freedom Financial Network, LLC,
Freedom Debt Relief, Inc. and Freedom Debt Relief, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAIDEE ESTRELLA, ANGELICA ARITA, DALE MAYS and BEVERLY HALL, individually and on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC a Delaware limited liability company; FREEDOM DEBT RELIEF, INC., a California corporation; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; AND BRADFORD STROH and DOES 1 through 100,<br><br>Defendants. | Case No. CV-09-03156 SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

**WHEREAS**, on October 5, 2011, the Court issued a Clerk's Notice scheduling a further case management conference for Friday, January 20, 2012 at 3:00 p.m.;

**WHEREAS,** currently pending before the Court is Defendants Freedom Debt Relief, LLC, Freedom Debt Relief, Inc., Freedom Financial Network, LLC, Andrew Housser and Brad Stroh's (collectively, the "Freedom Defendants") Motion To Compel Arbitration, Stay Action Pursuant To The Federal Arbitration Act And Decertify Class In Light Of Arbitration, filed October 25, 2011 (Dkt. 233) (the "Freedom Defendants' Motion");

**WHEREAS,** the hearing on the Freedom Defendants' Motion, originally set for December 2, 2011, was subsequently rescheduled for January 20, 20, 2011 at 9:00 a.m. (Dkt. 235);

**WHEREAS,** Plaintiffs have moved for preliminary approval of a settlement agreement with Defendants Rocky Mountain Bank & Trust and Global Client Solutions (Dkts. 239, 239-1) and, by Order dated January 11, 2012, the Court vacated the January 13, 2012 hearing on that motion, and ordered any arguments to be made in conjunction with the January 20, 2012 hearing on the Freedom Defendants' Motion (Dkt. 252);

**WHEREAS,** the parties respectfully submit that it is therefore in the interest of judicial economy and efficiency to continue the January 20, 2012 Case Management Conference to February 10, 2012, a date which will provide time for the Court to render its decisions on the Freedom Defendants' Motion and on Plaintiffs and Defendants Rocky Mountain Bank & Trust and Global Client Solutions motion for preliminary approval of settlement;

**IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the Parties that:

1. Pursuant to Civil L.R. 16-2, the Case Management Conference scheduled for January 20, 2012 be vacated and rescheduled to February 10, 2012 at 2:30 p.m.,[1] or such other time as the Court shall determine to be appropriate; and

2. The associated Joint Case Management Statement deadline shall likewise be

---

[1] To accommodate a preexisting scheduling conflict, counsel for Rocky Mountain Bank & Trust and Global Client Solutions will make arrangements to appear telephonically.

1  deferred for submission consistent with Civil L.R. 16-10(d).

2  Dated: January 12, 2012                KERSHAW, CUTTER, & RATINOFF LLP
                                          CLARK & MARKHAM LLP
3                                         LAW OFFICES OF BARRON E. RAMOS
                                          CHARLES E. AMES, P.C.
4                                         THE CROSLEY LAW FIRM, P.C.

5                                         By:  /s/ Stuart C. Talley
                                                  Stuart C. Talley
6

7                                         Attorneys for Plaintiffs

8  Dated: January 12, 2012                FENWICK & WEST LLP

9                                         By:  /s/ Kevin P. Muck
                                                  Kevin P. Muck
10

11                                        Attorneys for Defendants
                                          FREEDOM FINANCIAL NETWORK, LLC,
12                                        FREEDOM DEBT RELIEF, INC. and FREEDOM
                                          DEBT RELIEF, LLC
13
   Dated: January 12, 2012                LAW OFFICES OF ALLEN RUBY
14

15                                        By:  /s/ Allen Ruby
                                                  Allen Ruby
16

17                                        Attorneys for Defendants
                                          BRADFORD STROH and ANDREW HOUSSER
18
    Dated: January 12, 2012               GREENSPOON MARDER, P.A.
19

20                                        By:  /s/ Richard W. Epstein
                                                  Richard W. Epstein
21                                        Attorneys for Defendants GLOBAL CLIENT
                                          SOLUTIONS, LLC & ROCKY MOUNTAIN
22                                        BANK & TRUST

23
   Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this
24 stipulation.

25 Dated: January 12, 2012                 FENWICK & WEST LLP

26                                         By: /s/ Jennifer C. Bretan
                                                  Jennifer C. Bretan
27

28

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT                    2                    CASE NO. CV-09-03156 SI
CONFERENCE

1 **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

3  1. Pursuant to Civil L.R. 16-2, the Case Management Conference scheduled for
4  January 20, 2012 be vacated and rescheduled to February 10, 2012 at 2:30 p.m., or such other
5  time as the Court shall determine to be appropriate; and

6  2. The associated Joint Case Management Statement deadline shall likewise be
7  deferred for submission consistent with Civil L.R. 16-10(d).

9  Dated: 1/18/12

Hon. Susan Illston
United States District Court Judge

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

CASE NO. CV-09-03156 SI