1  KEVIN P. MUCK (CSB No. 120918)
   kmuck@fenwick.com
2  CHRISTOPHER J. STESKAL (CSB No. 212297)
   csteskal@fenwick.com
3  JENNIFER C. BRETAN (CSB No. 233475)
   jbretan@fenwick.com
4  MARIE BAFUS (CSB No. 258417)
   mbafus@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA  94104
   Telephone:     415.875.2300
7  Facsimile:     415.281.1350

8  Attorneys for Defendants Freedom Financial Network, LLC,
   Freedom Debt Relief, Inc. and Freedom Debt Relief, LLC

10                    UNITED STATES DISTRICT COURT

11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

| | |
|---|---|
| 13  HAIDEE ESTRELLA, ANGELICA ARITA, DALE MAYS and BEVERLY HALL, individually and on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>16           Plaintiffs,<br><br>17      v.<br><br>18  FREEDOM FINANCIAL NETWORK, LLC a Delaware limited liability company; FREEDOM DEBT RELIEF, INC., a California corporation; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; AND BRADFORD STROH and DOES 1 through 100,<br><br>23           Defendants. | Case No. CV-09-03156 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1  **WHEREAS**, on October 5, 2011, the Court issued a Clerk's Notice scheduling a further case management conference for Friday, January 20, 2012 at 3:00 p.m.;

**WHEREAS,** currently pending before the Court is Defendants Freedom Debt Relief, LLC, Freedom Debt Relief, Inc., Freedom Financial Network, LLC, Andrew Housser and Brad Stroh's (collectively, the "Freedom Defendants") Motion To Compel Arbitration, Stay Action Pursuant To The Federal Arbitration Act And Decertify Class In Light Of Arbitration, filed October 25, 2011 (Dkt. 233) (the "Freedom Defendants' Motion");

**WHEREAS,** the hearing on the Freedom Defendants' Motion, originally set for December 2, 2011, was subsequently rescheduled for January 20, 20, 2011 at 9:00 a.m. (Dkt. 235);

**WHEREAS,** Plaintiffs have moved for preliminary approval of a settlement agreement with Defendants Rocky Mountain Bank & Trust and Global Client Solutions (Dkts. 239, 239-1) and, by Order dated January 11, 2012, the Court vacated the January 13, 2012 hearing on that motion, and ordered any arguments to be made in conjunction with the January 20, 2012 hearing on the Freedom Defendants' Motion (Dkt. 252);

**WHEREAS,** the parties respectfully submit that it is therefore in the interest of judicial economy and efficiency to continue the January 20, 2012 Case Management Conference to February 10, 2012, a date which will provide time for the Court to render its decisions on the Freedom Defendants' Motion and on Plaintiffs and Defendants Rocky Mountain Bank & Trust and Global Client Solutions motion for preliminary approval of settlement;

**IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the Parties that:

1.  Pursuant to Civil L.R. 16-2, the Case Management Conference scheduled for January 20, 2012 be vacated and rescheduled to February 10, 2012 at 2:30 p.m.,[1] or such other time as the Court shall determine to be appropriate; and

2.  The associated Joint Case Management Statement deadline shall likewise be

---

[1] To accommodate a preexisting scheduling conflict, counsel for Rocky Mountain Bank & Trust and Global Client Solutions will make arrangements to appear telephonically.

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT                1                CASE NO. CV-09-03156 SI
CONFERENCE

deferred for submission consistent with Civil L.R. 16-10(d).

Dated: January 12, 2012    KERSHAW, CUTTER, & RATINOFF LLP
CLARK & MARKHAM LLP
LAW OFFICES OF BARRON E. RAMOS
CHARLES E. AMES, P.C.
THE CROSLEY LAW FIRM, P.C.

By: /s/ *Stuart C. Talley*_____
    Stuart C. Talley

Attorneys for Plaintiffs

Dated: January 12, 2012    FENWICK & WEST LLP

By: /s/ *Kevin P. Muck*_____
    Kevin P. Muck

Attorneys for Defendants
FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, INC. and FREEDOM DEBT RELIEF, LLC

Dated: January 12, 2012    LAW OFFICES OF ALLEN RUBY

By: /s/ *Allen Ruby*_____
    Allen Ruby

Attorneys for Defendants
BRADFORD STROH and ANDREW HOUSSER

Dated: January 12, 2012    GREENSPOON MARDER, P.A.

By: /s/ *Richard W. Epstein*_____
    Richard W. Epstein

Attorneys for Defendants GLOBAL CLIENT SOLUTIONS, LLC & ROCKY MOUNTAIN BANK & TRUST

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

Dated: January 12, 2012    FENWICK & WEST LLP

By: /s/ *Jennifer C. Bretan*_____
    Jennifer C. Bretan

Case 3:09-cv-03156-SI   Document 255   Filed 01/18/12   Page 4 of 4

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. Pursuant to Civil L.R. 16-2, the Case Management Conference scheduled for January 20, 2012 be vacated and rescheduled to February 10, 2012 at 2:30 p.m., or such other time as the Court shall determine to be appropriate; and

2. The associated Joint Case Management Statement deadline shall likewise be deferred for submission consistent with Civil L.R. 16-10(d).

Dated: 1/18/12

_____
Hon. Susan Illston
United States District Court Judge

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

CASE NO. CV-09-03156 SI