1 | KEVIN P. MUCK (CSB No. 120918)
kmuck@fenwick.com
2 | CHRISTOPHER J. STESKAL (CSB No. 212297)
csteskal@fenwick.com
3 | JENNIFER C. BRETAN (CSB No. 233475)
jbretan@fenwick.com
4 | MARIE BAFUS (CSB No. 258417)
mbafus@fenwick.com
5 | FENWICK & WEST LLP
555 California Street, 12th Floor
6 | San Francisco, CA  94104
Telephone:	415.875.2300
7 | Facsimile:	415.281.1350

8 | Attorneys for Defendants Freedom Financial Network, LLC, Freedom Debt Relief, Inc. and Freedom Debt Relief, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAIDEE ESTRELLA, ANGELICA ARITA, DALE MAYS and BEVERLY HALL, individually and on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC a Delaware limited liability company; FREEDOM DEBT RELIEF, INC., a California corporation; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; AND BRADFORD STROH and DOES 1 through 100,<br><br>Defendants. | Case No. CV-09-03156 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING CERTAIN DEADLINES** |

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND EXTENDING CERTAIN DEADLINES

CASE NO. CV-09-03156 SI

**WHEREAS**, by Order of January 18, 2012, and in light of the then-upcoming hearing on Defendants Freedom Debt Relief, LLC, Freedom Debt Relief, Inc., Freedom Financial Network, LLC, Andrew Housser and Brad Stroh's (collectively, the "Freedom Defendants") Motion To Compel Arbitration, Stay Action Pursuant To The Federal Arbitration Act And Decertify Class In Light Of Arbitration, filed October 25, 2011 (Dkt. 233) (the "Freedom Defendants' Motion"), the Court continued the further case management conference in this matter to February 10, 2012 at 3:00 p.m.;

**WHEREAS,** by Order of January 24, 2012 the Court granted the Freedom Defendants Motion (Dkt. 257) and ordered the parties to submit to the Court by February 8, 2012 a joint proposal detailing how notice of the Order will be issued to members of the previously certified class;

**WHEREAS,** Plaintiffs and the Freedom Defendants have subsequently agreed to a further settlement conference with Magistrate Judge Joseph C. Spero, set for February 14, 2012 at 9:00 a.m., the results of which could affect both the nature and form of the proposed notice and the matters to be addressed at the further case management conference; and

**WHEREAS,** the parties respectfully submit that it is therefore in the interest of judicial economy and efficiency to continue the February 10, 2012 Case Management Conference to March 2, 2012, at which time Plaintiffs and the Freedom Defendants will have participated in the further settlement conference.

**IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the Parties that:

1. Pursuant to Civil L.R. 16-2, the Case Management Conference scheduled for February 10, 2012 be vacated and rescheduled to March 2, 2012 at 3:00 p.m.,[1] or such other time as the Court shall determine to be appropriate; and

2. The associated Joint Case Management Statement deadline shall be deferred for submission consistent with Civil L.R. 16-10(d);

---

[1] To accommodate a preexisting scheduling conflict, counsel for Rocky Mountain Bank & Trust and Global Client Solutions will make arrangements to appear telephonically.

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC AND EXTENDING
CERTAIN DEADLINES

1

CASE NO. CV-09-03156 SI

3. The time for the parties to submit to the Court a joint proposal detailing how notice of the January 24, 2012 Order will be issued to members of the previously certified class shall be extended to February 28, 2012.

| | |
|---|---|
| Dated: February 3, 2012 | KERSHAW, CUTTER, & RATINOFF LLP<br>CLARK & MARKHAM LLP<br>LAW OFFICES OF BARRON E. RAMOS<br>CHARLES E. AMES, P.C.<br>THE CROSLEY LAW FIRM, P.C.<br><br>By:  /s/ Stuart C. Talley_____<br>Stuart C. Talley<br><br>Attorneys for Plaintiffs |
| Dated: February 3, 2012 | FENWICK & WEST LLP<br><br>By:  /s/ Kevin P. Muck_____<br>Kevin P. Muck<br><br>Attorneys for Defendants<br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, INC. and FREEDOM DEBT RELIEF, LLC |
| Dated: February 3, 2012 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By:  /s/ Allen Ruby_____<br>Allen Ruby<br><br>Attorneys for Defendants<br>BRADFORD STROH and ANDREW HOUSSER |
| Dated: February 3, 2012 | GREENSPOON MARDER, P.A.<br><br>By:  /s/ Richard W. Epstein_____<br>Richard W. Epstein<br><br>Attorneys for Defendants GLOBAL CLIENT SOLUTIONS LLC & ROCKY MOUNTAIN BANK & TRUST |

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

| | |
|---|---|
| Dated: February 3, 2012 | FENWICK & WEST LLP<br><br>By: /s/ Jennifer C. Bretan_____<br>Jennifer C. Bretan |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

    1.    Pursuant to Civil L.R. 16-2, the Case Management Conference scheduled for February 10, 2012 be vacated and rescheduled to March 2, 2012 at 3:00 p.m., or such other time as the Court shall determine to be appropriate; and

    2.    The associated Joint Case Management Statement deadline shall be deferred for submission consistent with Civil L.R. 16-10(d); and

    3.    The time for the parties to submit to the Court a joint proposal detailing how notice of the Court's January 24, 2012 Order will be issued to members of the previously certified class shall be extended to February 28, 2012.

Dated: __2/6/12_____      _____
                                                             Hon. Susan Illston
                                                       United States District Court Judge