1  KEVIN P. MUCK (CSB No. 120918)
   kmuck@fenwick.com
2  CHRISTOPHER J. STESKAL (CSB No. 212297)
   csteskal@fenwick.com
3  JENNIFER C. BRETAN (CSB No. 233475)
   jbretan@fenwick.com
4  MARIE BAFUS (CSB No. 258417)
   mbafus@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA  94104
   Telephone:     415.875.2300
7  Facsimile:     415.281.1350

8  Attorneys for Defendants Freedom Financial Network, LLC,
   Freedom Debt Relief, Inc. and Freedom Debt Relief, LLC

9

10                     UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 | HAIDEE ESTRELLA, ANGELICA ARITA, | Case No. CV-09-03156 SI
   | DALE MAYS and BEVERLY HALL,
14 | individually and on behalf of themselves and all | **STIPULATION AND [PROPOSED]**
   | others similarly situated, and on behalf of the | **ORDER CONTINUING CASE**
15 | general public, | **MANAGEMENT CONFERENCE**
   | | **AND EXTENDING CERTAIN**
16 |                  Plaintiffs, | **DEADLINES**

17 |        v.

18 | FREEDOM FINANCIAL NETWORK, LLC a
   | Delaware limited liability company; FREEDOM
19 | DEBT RELIEF, INC., a California corporation;
   | FREEDOM DEBT RELIEF, LLC, a Delaware
20 | limited liability company; GLOBAL CLIENT
   | SOLUTIONS, LLC; ROCKY MOUNTAIN
21 | BANK AND TRUST; ANDREW HOUSSER;
   | AND BRADFORD STROH and DOES 1
22 | through 100,

23 |                  Defendants.

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC AND EXTENDING CERTAIN                    CASE NO. CV-09-03156 SI
DEADLINES

**WHEREAS**, by Order of January 18, 2012, and in light of the then-upcoming hearing on Defendants Freedom Debt Relief, LLC, Freedom Debt Relief, Inc., Freedom Financial Network, LLC, Andrew Housser and Brad Stroh's (collectively, the "Freedom Defendants") Motion To Compel Arbitration, Stay Action Pursuant To The Federal Arbitration Act And Decertify Class In Light Of Arbitration, filed October 25, 2011 (Dkt. 233) (the "Freedom Defendants' Motion"), the Court continued the further case management conference in this matter to February 10, 2012 at 3:00 p.m.;

**WHEREAS,** by Order of January 24, 2012 the Court granted the Freedom Defendants Motion (Dkt. 257) and ordered the parties to submit to the Court by February 8, 2012 a joint proposal detailing how notice of the Order will be issued to members of the previously certified class;

**WHEREAS,** Plaintiffs and the Freedom Defendants have subsequently agreed to a further settlement conference with Magistrate Judge Joseph C. Spero, set for February 14, 2012 at 9:00 a.m., the results of which could affect both the nature and form of the proposed notice and the matters to be addressed at the further case management conference; and

**WHEREAS,** the parties respectfully submit that it is therefore in the interest of judicial economy and efficiency to continue the February 10, 2012 Case Management Conference to March 2, 2012, at which time Plaintiffs and the Freedom Defendants will have participated in the further settlement conference.

**IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the Parties that:

1. Pursuant to Civil L.R. 16-2, the Case Management Conference scheduled for February 10, 2012 be vacated and rescheduled to March 2, 2012 at 3:00 p.m.,[1] or such other time as the Court shall determine to be appropriate; and

2. The associated Joint Case Management Statement deadline shall be deferred for submission consistent with Civil L.R. 16-10(d);

---

[1] To accommodate a preexisting scheduling conflict, counsel for Rocky Mountain Bank & Trust and Global Client Solutions will make arrangements to appear telephonically.

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC AND EXTENDING        1        CASE NO. CV-09-03156 SI
CERTAIN DEADLINES

1       3.      The time for the parties to submit to the Court a joint proposal detailing how notice
2  of the January 24, 2012 Order will be issued to members of the previously certified class shall be
3  extended to February 28, 2012.

4  Dated: February 3, 2012        KERSHAW, CUTTER, & RATINOFF LLP
                                  CLARK & MARKHAM LLP
5                                 LAW OFFICES OF BARRON E. RAMOS
                                  CHARLES E. AMES, P.C.
6                                 THE CROSLEY LAW FIRM, P.C.

7                                 By: /s/ Stuart C. Talley_____
                                  Stuart C. Talley
8

9                                 Attorneys for Plaintiffs

10 Dated: February 3, 2012        FENWICK & WEST LLP

11
                                  By: /s/ Kevin P. Muck_____
12                                    Kevin P. Muck

13
                                  Attorneys for Defendants
14                                FREEDOM FINANCIAL NETWORK, LLC, FREEDOM
                                  DEBT RELIEF, INC. and FREEDOM DEBT RELIEF,
15                                LLC

16 Dated: February 3, 2012        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

17                                By: /s/ Allen Ruby_____
                                      Allen Ruby
18
                                  Attorneys for Defendants
19                                BRADFORD STROH and ANDREW HOUSSER

20 Dated: February 3, 2012        GREENSPOON MARDER, P.A.
21
                                  By: /s/ Richard W. Epstein_____
22                                    Richard W. Epstein

23                                Attorneys for Defendants GLOBAL CLIENT SOLUTIONS
                                  LLC & ROCKY MOUNTAIN BANK & TRUST
24

25 Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this
   stipulation.
26
   Dated: February 3, 2012        FENWICK & WEST LLP
27
                                  By: /s/ Jennifer C. Bretan_____
28                                    Jennifer C. Bretan

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. Pursuant to Civil L.R. 16-2, the Case Management Conference scheduled for February 10, 2012 be vacated and rescheduled to March 2, 2012 at 3:00 p.m., or such other time as the Court shall determine to be appropriate; and

2. The associated Joint Case Management Statement deadline shall be deferred for submission consistent with Civil L.R. 16-10(d); and

3. The time for the parties to submit to the Court a joint proposal detailing how notice of the Court's January 24, 2012 Order will be issued to members of the previously certified class shall be extended to February 28, 2012.

Dated: __2/6/12_____            _____
                                      Hon. Susan Illston
                                      United States District Court Judge

ORDER CONTINUING CMC AND EXTENDING CERTAIN DEADLINES                    CASE NO. CV-09-03156 SI