IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC; FREEDOM DEBT RELIEF, INC.; FREEDOM DEBT RELIEF, LLC; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; and BRADFORD STROH<br><br>Defendants. | No. CV 09-03156 SI<br><br>**JUDGMENT** |

The Court has granted final approval to the settlement in this case. Attached as Exhibit 1 is a list of persons who properly requested to be excluded from the settlement. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 1, 2011

_____
SUSAN ILLSTON
United States District Judge