IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and others similarly situated<br><br>        Plaintiffs,<br><br>  v.<br><br>FREEDOM FINANCIAL NETWORK, LLC; FREEDOM DEBT RELIEF, INC.; FREEDOM DEBT RELIEF, LLC; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; and BRADFORD STROH<br><br>        Defendants.                     / | No. CV 09-03156 SI<br><br>**JUDGMENT** |

The Court has granted final approval to the settlement in this case. Attached as Exhibit 1 is a list of persons who properly requested to be excluded from the settlement. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 1, 2011

                                                                       SUSAN ILLSTON
                                                                       United States District Judge

**Exhibit 1**

Jeff Rankin
Norman and Karen Cook
Norman Bahlow
Elizabeth P. Martin
Allen Bujak
Charles Day
Wilma & Jerry Richards
Marcus Smith
Barbara Bolton
Francine McDonald
Luis Gonzalez
Regulus and Violeta Regalado
Tammy Boso
Debra R. Knippel
Randy Klein and Susan Klein
Jerry Vencl
Connie Ulrich
Melanie K. Groh
Jamie Abraham
Patricia Carey
Herbert Millette