IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIDEE ESTRELLA, an individual, and ANGELICA ARITA, an individual, on behalf of themselves and others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC; FREEDOM DEBT RELIEF, INC.; FREEDOM DEBT RELIEF, LLC; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; ANDREW HOUSSER; and BRADFORD STROH,<br><br>Defendants.<br>_____ / | No. CV 09-03156 SI<br><br>**ORDER CORRECTING JUDGMENT** |

Judgment in this action was entered on October 1, 2012; see docket entry 290. The form of judgment was erroneously reflected the wrong year (October 1, 2011). Judgment was in fact entered on October 1, 2012.

**IT IS SO ORDERED**.

Dated: February 5, 2013

SUSAN ILLSTON
United States District Judge

**Exhibit 1**

Jeff Rankin
Norman and Karen Cook
Norman Bahlow
Elizabeth P. Martin
Allen Bujak
Charles Day
Wilma & Jerry Richards
Marcus Smith
Barbara Bolton
Francine McDonald
Luis Gonzalez
Regulus and Violeta Regalado
Tammy Boso
Debra R. Knippel
Randy Klein and Susan Klein
Jerry Vencl
Connie Ulrich
Melanie K. Groh
Jamie Abraham
Patricia Carey
Herbert Millette